FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "B"

**Encounter Date: 02/03/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | RADCLIFFE, RICHARD (43yo, M) ID# 7744 | **Appt. Date/Time** | 02/03/2017 08:05AM |
| **DOB** | /1973 | **Service Dept.** | OFFICE |
| **Provider** | HASSAN ZAKARIA | | |
| **Insurance** | Med Primary: BCBS-VA (PPO)<br>Insurance # : RNGAN3095222<br>Policy/Group # : 006000505AAAP003<br>PCP : WALTON, GEORGE, MD<br>Referring Provider Name : GORADIA, VIC<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

lower leg problem, upper leg/thigh problem

Patient being seen for back pain radiating to lower limbs

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WALTON, GEORGE, MD: 12101 S CHALKLEY RD, CHESTER, VA 23831, Ph (804) 796-3636, Fax (804) 796-3457
**Referring Provider (Primary Insurance):** GORADIA, VIC: 1710 E HUNDRED RD, STE 101, CHESTER, VA 23836, Ph (804) 678-9000, Fax (804) 377-1246

## Patient's Pharmacies

**CVS/PHARMACY #1542 (ERX): 629 COLONIAL HEIGHTS BLVD, COLONIAL HEIGHTS VA 23834, Ph (804) 526-3506, Fax (804) 526-2953**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 02/03/2017 08:20 am | **Wt:** | 200 lbs 02/03/2017 08:20 am | **BMI:** | 27.1 02/03/2017 08:20 am |
| **BP:** | 130/91 sitting R wrist 02/03/2017 08:20 am | **Pulse:** | 107 bpm regular 02/03/2017 08:20 am | **Pain Scale:** | 10 02/03/2017 08:20 am |
| **Pain Scale Type:** | Numeric 02/03/2017 08:08 am | | | | |

## Allergies

Reviewed Allergies
**CODEINE:** Confusion (Mild to moderate)
**PENICILLINS:** Rash (Mild)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aspercreme (lidocaine) 4 % topical** | 02/03/17 | entered |
| **gabapentin 300 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 30 days. | 02/03/17 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 02/03/17 | entered |
| **ibuprofen 800 mg tablet** | 02/03/17 | entered |
| **Icy Hot** | 02/03/17 | entered |
| **Sleep Aid (diphenhydramine)** | 02/03/17 | entered |

reviewed by patient on 2/3/17 kt

## Problems

Reviewed Problems

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Smoking Status: Former smoker
Tobacco-years of use: 22

## Surgical History

Reviewed Surgical History
- Orthopedic Surgery - 01/01/1991
- Orthopedic Surgery - 01/01/1990
- Orthopedic Surgery - 01/01/1988
- Fracture Surgery - 01/01/1987
- Fracture Surgery - 01/01/1986

## Past Medical History

Reviewed Past Medical History
GERD/Reflux: **Y**

## Screening

None recorded.

## HPI

*** Lumbar Spine Initial**
Reported by patient.

Onset Started (**1986**); Others (**Patient was hit by a car when he was 13 and has had multiple surgeries since**)
Timing/Duration Chronic (Greater than 3 months) Constant but fluctuates with severity
Pain Radiation no radiation across the back; no radiation to either lower limb
Symptoms in feet / legs **Burning Bilateral Legs and Feet**; **Tingling Bilateral Legs and Feet**; **Numbness BilateralLegs and Feet**; Left leg is worse than right
Quality / progression: burning; throbbing
Current Severity: Severe 10/10; Worst pain 10+/10
Aggravating Factors: Standing for extended amount of time increases lower back and lower limb pain; Walking for short distances increases lower back and lower limb pain; Lying down flat on back; Getting out of bed; Going from sit to stand; Lifting / carrying; Twisting; Bending / squatting; Exercise; Weather damp and cold
Relieving Factors: Heat; Ice; OTC Medications (please list): (**arthriten**); Other (**sleeping in recliner**)
Associated Symptoms: No weakness; No redness; No warmth; No radiation to lower limb(s); No change in bowel / bladder habits; **Numbness**; **Tingling**; **Swelling**
Previous Surgery: None; previous surgeries on legs but not back
Prior Imaging: No recent studies within 6 months
Previous Spine Injections: None
Previous PT/Chiropractic: Previously tried PT and this did not help, Date / Location (**In the 90's**)
Previous Medications Used: None
Work Status and Occupation Working regular duty WITHOUT restrictions

## ROS

Patient reports **muscle aches, back pain, and swelling in the extremities** but reports no muscle weakness, no arthralgias/joint pain, and no neck pain. He reports **weakness and numbness** but reports no seizures, no dizziness, and no headaches/migraines. He reports **sleep disturbances/insomnia** but reports no depression, no alcohol abuse, and no substance abuse. He reports no fever, no night sweats, no significant weight gain, and no significant weight loss. He reports no change in vision and no change in hearing. He reports no frequent nosebleeds and no nasal drainage/sinus problems. He reports no sore throat, no dry mouth, and no mouth ulcers. He reports no chest pain on exertion, no palpitations (no irregular heart beats), no shortness of breath on exertion, no shortness of breath when lying down, no light-headedness upon standing, and no known heart murmur. He reports no cough, no wheezing, and no shortness of breath. He reports no abdominal pain, no nausea/vomiting, no diarrhea, no constipation, no black or tarry stools, and no bowel incontinence. He reports no urinary incontinence, no difficulty urinating, no increased urinary frequency, and no blood in urine. He reports no rash, no areas of red patches, no discoloration, no itchy skin, and no dry skin. He reports no fatigue, no cold intolerance, no heat intolerance, and no hair growth/hair loss.

## Physical Exam

Patient is a 43-year-old male.

**Constitutional:** General Appearance: Healthy-appearing and NAD; **inconsistent presentation with reported 10/10 pain.**

**Psychiatric:** Orientation: Oriented to person, place, time. Mood and Affect: normal mood and affect and active

and alert.

**Gait and Station:** Appearance: **Antalgic gait** and **Ambulating with strait cane**.

**Cardiovascular System:** Edema Right: None. Edema Left: None.

**Skin:** Evidence of injury or surgery **scar (other)** (**from hip bone graft taken on left lower back**).

**Lumbar Spine:** Inspection: normal alignment and (normal) appearance: lordosis. Bony Palpation of the Lumbar Spine: **moderte Tenderness at the bilateral paramidline area at Lower lumbar** and **of the sacral Sulucs Bilateral**. Bony Palpation of the Right Hip: **tenderness of the SI joint**. Bony Palpation of the Left Hip: **tenderness of the SI joint**. Soft Tissue Palpation on the Right: **tenderness of the paraspinal region at lower lumbar level**. Soft Tissue Palpation on the Left: **tenderness of the paraspinal region at lower lumbar level**. Lumbar Range of Motion: **pain with active and passive range of motion**.

**Motor Strength:** L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: **hip flexion iliopsoas 4/5**. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5. L5 Motor Strength on the Left: **ankle dorsiflexion tibialis anterior 3/5**. S1 Motor Strength on the Left: **plantar flexion gastrocnemius 3/5**.

**Neurological System:** Special Tests: no clonus of the ankle/knee. Ankle Reflex Right: **diminished (1)**. Ankle Reflex Left: **diminished (1)**. Knee Reflex Right: **diminished (1)**. Knee Reflex Left: **diminished (1)**. Sensation on the Left: **tactile / light touch decrease distal extremities**. Discogenic Manuvers **Sustained Hip Flexion: Concentric / Eccentric loading is positive for axial lower back pain, Pelvic rock is positive for disc pain**, and **Facet Joint Loading is positive on both sides.**. Left Dural tension / Sacroilliac joint manuvers **straight leg raising test positive low back pain, SI joint testing positive**, and **Piriformis Manuvers positive**.

**Hips:** Left Hip: **Pain on internal and external rotation**.

**Knees:** Left Knee: joint effusion negative, no pain with motion, and patellar apprehension negative; **Borderline waddell signs. Very inconsistent exam not c/w ambulatory ability.**

## Assessment / Plan

**1. Lumbar radiculopathy**
M54.16: Radiculopathy, lumbar region
- MRI, LUMBAR SPINE, W/O CONTRAST - Note to Imaging Facility: Please fax results and send disc with patient thank you.
  Height (ft.): 6 ft 0 in Weight (lbs): 199
- gabapentin 300 mg capsule - Take 1 capsule(s) every day by oral route at bedtime for 30 days. Qty: 30 capsule(s) Refills: 2 Pharmacy: CVS/PHARMACY #1542
- NOTE TO RETURN TO WORK/SCHOOL - Note to Provider: Patient was seen in our office today 2/3/17. If you have any questions please give us a call at 804-715-4709 thank you.

**2. Deep peroneal neuropathy** - Left
G57.32: Lesion of lateral popliteal nerve, left lower limb

**3. Hip pain**
M25.552: Pain in left hip
- HIP PAIN: CARE INSTRUCTIONS
- XR, HIP, UNILATERAL
  Side: LEFT Views (X-RAY, HIP): AP & Frog Lateral

**4. Lumbosacral spondylosis without myelopathy**
M47.817: Spondylosis without myelopathy or radiculopathy, lumbosacral region
- LOW BACK ARTHRITIS: EXERCISES

XR, HIP, UNILATERAL
- Side: LEFT, Views (X-RAY, HIP): AP & Frog Lateral

Review of xr, hip, unilateral taken on 02/03/2017 at IN-OFFICE ORDER shows:
Hip:
Radiographic Findings: **evidence of osteoarticular abnormality with superolateral sclerosis and loss of joint space (mild / possible superior lateral small cyst /acetabular)**.

**Discussion Notes**

*Mr. Radcliffe is a very pleasant 43 year old male referred by Dr. Goradia for knee pain, leg pain and burning. He says that he has had back pain for years but this January began having left LE symptoms.

*It was Dr. Goradia's opinion that this was not likely related to his knee and he was referred here for further workup and management.

*He previously received a steroid injection to the knee which did not help.

*He has had imaging studies that include ultrasound for DVT that was negative

*HE reports that when he was 13 he got hit by a car and has had surgeries in the past for femur and tibia fracture. This eventually resulted in multiple infections as well as surgery on his right side for leg shortening. From his description he has always had some issues with "foot drop " on the left side but was largely functional and doing well until earlier this year.

*He says that he has managed quite well with just taking Ibuprofen and has gone through therapy in the past for his previous surgical issues

*He has had evaluation for his back "couple years" ago. but is not quite sure what his specific diagnosis was but was told that he may have had a fracture.

*Bearing weight causes him pain from his hip area down to his knee.

*I did take a left hip xray which was very painful for him for positioning reasons which shows some mild joint space narrowing and superior lateral mild sclerosis.

*He has tried a limited number of medications including Ibuprofen and Hydrocodone in the past.

*I am going to try him on 300 mg of gabapentin at night and progress from there . Side effects were discussed.

*His exam is very nonspecific. He has pain with most left LE movements, back movements, SI joint stressing, and he has inconsistent strength findings.

*I am going to order him a lumbar MRI and schedule him for an EMG.

Return to Office

- Hassan Zakaria for Zakaria EMG at OFFICE on 02/21/2017 at 11:25 AM

Encounter Sign-Off

Encounter signed-off by Hassan Zakaria, 02/03/2017.

Encounter performed and documented by Hassan Zakaria
Encounter reviewed & signed by Hassan Zakaria on 02/03/2017 at 9:14am

Interventional Pain & Spine Specialists

Date: 02/03/2017
Richard Radcliffe
Patient DOB: /1973

Phone:
Address: Jefferson Ave,
COLONIAL HEIGHTS, VA 23834

# Pain Assessment



What is the pain at its worst?

10 out of 10