FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# “C”

Appomattox Imaging Center
930 South Avenue
Suite 1
Colonial Heights, VA 23834
PHONE #: (804)524-2340
FAX #: (804)520-6202

Name: RADCLIFFE,RICHARD H
Phys: Zakaria,Hassan MD
DOB: /1973 Age: 43 Sex: M
Acct: M00001612373 Loc: M.MRI
Exam Date: 02/14/2017 Status: REG CLI
Radiology No:
Unit No: M000068041

| EXAMS: | CPT CODE: |
| --- | --- |
| 000188891 MRI L-SPINE W/O CON | 72148 |

Reason for Visit: LUMBAR RADICULOPATHY
Reason for Exam: LUMBAR RADICULOPATHY
Lumbar Spine MRI Without Contrast February 14, 2017.

Comparison: Unavailable

Indication: LUMBAR RADICULOPATHY. Left leg pain.

Technique: Multiple axial and sagittal T1 and T2-weighted MRI images of the spine were obtained without IV gadolinium contrast. 3D myelogram was performed.

Findings:
Possible 1 mm anterolisthesis at L5-S1. Remaining lumbar alignment is within normal limits. Lumbar vertebral body height is preserved. Lumbar marrow pattern is within normal limits. No acute lumbar fracture. Likely bilateral L5 pars defects. Multilevel disc desiccation. Disc height loss is most notable at L5-S1. Mild lumbar osteophytes. Conus demonstrates normal signal terminating at L1-2. Partially visualized increased T1/T2 signal lesion in the T11 body, likely a hemangioma.
Partially visualized rounded increased T1/T2 signal lesion following fatty signal in the left suprarenal region with thin capsule, possibly a lipoma or other fatty lesion.
Coronal T1 image shows a linear low signal in the lateral aspect of the right greater trochanter marrow which could relate to prior trauma but does not appear acute.

T11-12: No central stenosis or neuroforaminal narrowing. Mild broad disc bulge.

T12/L1: No central stenosis or neuroforaminal narrowing. Mild broad disc bulge.

L1/L2: No central stenosis or neuroforaminal narrowing.

L2/L3: Mild facet hypertrophy. Mild broad disc bulge. Thecal sac is minimally indented without clear significant stenosis. No significant foraminal narrowing..

L3/L4: Mild facet hypertrophy. Left posterior lateral disc herniation

Appomattox Imaging Center
930 South Avenue
Suite 1
Colonial Heights, VA 23834
PHONE #: (804)524-2340
FAX #: (804)520-6202

Name: RADCLIFFE,RICHARD H
Phys: Zakaria,Hassan MD
DOB: /1973 Age: 43 Sex: M
Acct: M00001612373 Loc: M.MRI
Exam Date: 02/14/2017 Status: REG CLI
Radiology No:
Unit No: M000068041

EXAMS: CPT CODE:
000188891 MRI L-SPINE W/O CON 72148
<Continued>

with disc material extending into the left foramina with superior migration of disc material along the posterior left L3 body. This abuts the exiting left L3 nerve root and narrows the foramina. No significant central spinal stenosis. No right foraminal narrowing.

L4/L5: No central stenosis or neuroforaminal narrowing. Mild broad disc bulge. Mild facet hypertrophy.

L5-S1: Mild broad disc bulge. No significant central spinal stenosis. Mild facet hypertrophy. Mild right foraminal narrowing..

Impression:
1. Lumbar degenerative disc disease with facet arthritis.
2. Left posterior lateral disc herniation at L3-4 with disc material extending into the foramina and purely along the posterior L3 body. This narrows the foramina and abuts the descending and exiting left L3 nerve root.

** Electronically Signed by William J Pommersheim MD **
** on 02/14/2017 at 1628 **
Reported and signed by: William J Pommersheim, MD

CC: Hassan Zakaria MD

Dictated Date/Time: 02/14/2017 (1616)
Technologist: Carolyn L Robinson,RT(R)CT,MR
Transcribed Date/Time: 02/14/2017 (1619)
Transcriptionist: DR.POMWI
Electronic Signature Date/Time: 02/14/2017 (1628)
Orig Print D/T: S: 02/14/2017 (1631)
BATCH NO: N/A

PAGE 2 Signed Report

## XR, HIP, UNILATERAL 02/03/2017 - LEFT (#497108)

| | |
|---|---|
| Interpretation | Review of xr, hip, unilateral taken on 02/03/2017 at IN-OFFICE ORDER shows:<br>Hip:<br>Radiographic Findings: **Evidence of superolateral sclerosis with no significant loss of joint space (mild / possible superior lateral small cyst /acetabular).** |