FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "D"

**RADCLIFFE, RICHARD H (id #7744, dob: 1973)**

**Encounter Date: 02/21/2017 (Last amended by Hassan Zakaria on 03/03/2017 at 2:54pm)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | RADCLIFFE, RICHARD (43yo, M) ID# 7744 | **Appt. Date/Time** | 02/21/2017 08:40AM |
| **DOB** | /1973 | **Service Dept.** | OFFICE |
| **Provider** | HASSAN ZAKARIA | | |
| **Insurance** | Med Primary: BCBS-VA (PPO)<br>Insurance # : RNGAN3095222<br>Policy/Group # : 006000505AAAP003<br>PCP : WALTON, GEORGE, MD<br>Referring Provider Name : GORADIA, VIC<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Low back/L-spine problem

EMG/nerve conduction study of lower limbs

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WALTON, GEORGE, MD: 12101 S CHALKLEY RD, CHESTER, VA 23831, Ph (804) 796-3636, Fax (804) 796-3457
**Referring Provider (Primary Insurance):** GORADIA, VIC: 1710 E HUNDRED RD, STE 101, CHESTER, VA 23836, Ph (804) 678-9000, Fax (804) 377-1246

## Patient's Pharmacies

**CVS/PHARMACY #1542 (ERX): 629 COLONIAL HEIGHTS BLVD, COLONIAL HEIGHTS VA 23834, Ph (804) 526-3506, Fax (804) 526-2953**

## Vitals

**Ht:** 6 ft 02/21/2017 08:57 am

**BP:** 108/89 sitting R wrist 02/21/2017 08:59 am

**Pulse:** 90 bpm regular 02/21/2017 08:59 am

**Pain Scale:** 6 02/21/2017 08:57 am

## Allergies

Reviewed Allergies

**CODEINE**: Confusion (Mild to moderate)

**PENICILLINS**: Rash (Mild)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Aspercreme (lidocaine) 4 % topical** | 02/03/17 | entered |
| **gabapentin 300 mg capsule**<br>Take 1 capsule(s) every day by oral route at bedtime for 30 days. | 02/03/17 | prescribed |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 02/03/17 | entered |
| **ibuprofen 800 mg tablet** | 02/03/17 | entered |
| **Icy Hot** | 02/03/17 | entered |
| **Sleep Aid (diphenhydramine)** | 02/03/17 | entered |

reviewed by patient on 2/21/17 kt

## Problems

Reviewed Problems

## Family History

Reviewed Family History

## Social History

Reviewed Social History
Smoking Status: Former smoker
Tobacco-years of use: 22

## Surgical History

Reviewed Surgical History
- Orthopedic Surgery - 01/01/1991
- Orthopedic Surgery - 01/01/1990
- Orthopedic Surgery - 01/01/1988
- Fracture Surgery - 01/01/1987
- Fracture Surgery - 01/01/1986

## Past Medical History

Reviewed Past Medical History
GERD/Reflux: **Y**

## Screening

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

## Procedure Documentation

**EMG Lower Limb:**
EMG/NCS Lower Limb:

1. Abnormal / limited study.
2. Left sural SNAP appeared to be WNL.
3. Left peroneal CMAP to the EDB was difficult to obtain. Patient was not tolerating this portion of the exam well.
4. Left tibial CMAP appeared to be WNL.
5. Left tibial F-wave appeared to be WNL. H-reflex was not tolerated well.
6. Left sided EMG showed no membrane instability. There was slight decrement in recruitment in the left tibialis anterior. There were however no waveform abnormalities.

**No evidence of ongoing membrane instability or radiculopathy. There are some non-conclusive findings that may represent chronic L5 axonal loss on the left side vs peroneal neuropathy.

## Assessment / Plan

**1. Deep peroneal neuropathy** - ddx
G57.32: Lesion of lateral popliteal nerve, left lower limb

**2. Pain in left leg**
M79.605: Pain in left leg

**3. Lumbar radiculopathy** - L3 ddx
M54.16: Radiculopathy, lumbar region

**Discussion Notes**

*No evidence of active radiculopathy. Possible left chronic L5 axonal loss.

*MRI c/w left L3 foraminal and lateral disc

*Will schedule for left L3, L4 TFESI to help with radicular symptoms

## Return to Office

None recorded.

Amendment Sign-Off

Encounter signed-off by Hassan Zakaria, 03/03/2017.

Encounter performed and documented by Hassan Zakaria
Encounter reviewed & signed by Hassan Zakaria on 02/21/2017 at 9:33am
Amendment closed by Hassan Zakaria on 03/03/2017 at 2:54pm