FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "E"

RICHARD RADCLIFF 7744 2/21/2017 09:11

**Electrodiagnostic Laboratory**

**Nerve Conduction & EMG Report**

**Patient:** RICHARD RADCLIFF
**Patient ID:** 7744
**Sex:** Male
**Height:** 6 feet 0 inch
**Weight:** 200 lbs
**Date of Birth:** '1973
**Age:** 43 Years 8 Months
**History:** EMG/NCS OF LOWER LIMBS

## Sensory NCS

| Nerve / Sites | Rec. Site | Onset Lat ms | Peak Lat ms | NP Amp µV | PP Amp µV | Segments | Peak Diff ms |
|---|---|---|---|---|---|---|---|
| **L SURAL - Lat Mall** | | | | | | | |
| Calf | Lat Mall | 1.80 | 2.15 | 4.2 | 18.4 | Calf - Lat Mall | 2.15 |

## Motor NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp mV | Rel Amp % | Segments | Dist cm | Vel m/s |
|---|---|---|---|---|---|---|---|
| **L COMM PERONEAL - NOT TOLERATING** | | | | | | | |
| Ankle | EDB | NR | NR | NR | Ankle - EDB | 8 | |
| Fib Head | EDB | NR | NR | NR | Fib Head - Ankle | | |
| **L TIBIAL (KNEE) - AH** | | | | | | | |
| Ankle | AH | 5.20 | 7.0 | 100 | Ankle - AH | 8 | |
| Knee | AH | 16.45 | 4.9 | 69.7 | Knee - Ankle | 44 | 39.1 |

## F Wave

| Nerve | Fmin ms |
|---|---|
| L TIBIAL (KNEE) | 49.75 |

## H Reflex

| EMG Summary Table | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Spontaneous | | | | | | MUAP | | | Recruitment |
| | IA | | Fib | PSW | Fasc | H.F. | Amp | Dur. | PPP | Pattern |
| L. LUMB PSP (L) | N | | None | None | None | None | N | N | N | N |
| L. GASTROCN (MED) | N | | None | None | None | None | N | N | N | N |
| L. GASTROCN (LAT) | N | | None | None | None | None | N | N | N | N |
| L. TIB ANTERIOR | N | | None | None | None | None | N | N | N | N -Borderline |
| L. BIC FEM (L HEAD) | N | | None | None | None | None | N | N | N | N |
| L. GLUTEUS MAX | N | | None | None | None | None | N | N | N | N |
| L. GLUTEUS MED | N | | None | None | None | None | N | N | N | N |
| L. QUADRICEPS | N | | None | None | None | None | N | N | N | N |

Sensory NCS L SURAL - Lat Mall




Motor NCS L COMM PERONEAL - NOT TOLERATING




Motor NCS L TIBIAL (KNEE) - AH




F Wave L TIBIAL (KNEE)




H Reflex L TIBIAL (KNEE) - Soleus (S1)



INTERVENTIONAL PAIN & SPINE SPECIALISTS • 12230 BRANDERS CREEK DRIVE, CHESTER VA 23831-1626
RADCLIFFE, RICHARD H (id #7744, dob: /1973)

| RICHARD RADCLIFF | 7744 | 2/21/2017 09:11 |
|---|---|---|

**Conclusion:**

1. **Limited study.**
2. **Left sural SNAP was WNL.**
3. **Left peroneal CMAP was not obtainable. Patient was having tolerance problems with stimulation.**
4. **Left tibial CMAP appeared to be WNL.**
5. **Left tibial F-wave was WNL. Patient was not tolerating H-reflex well.**
6. **EMG showed no membrane instability. There appeared to be some tibialis anterior reduced recruitment but MUAP morphology appeared grossly WNL.**

***Limited study. Possible chronic L5 axonal loss vs peroneal neuropathy in the left LE. No evidence of membrane instability.**

------------------

**Hassan Zakaria MD, MPH**