FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "F"

**Encounter Date: 03/30/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | RADCLIFFE, RICHARD (43yo, M) ID# 7744 | **Appt. Date/Time** | 03/30/2017 02:50PM |
| **DOB** | /1973 | **Service Dept.** | OFFICE |
| **Provider** | HASSAN ZAKARIA | | |
| **Insurance** | Med Primary: BCBS-VA (PPO)<br>Insurance # : RNGAN3095222<br>Policy/Group # : 006000505AAAP003<br>PCP : WALTON, GEORGE, MD<br>Referring Provider Name : GORADIA, VIC<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Low back/L-spine problem

Patient is being seen for back pain with radiating pain to left lower limb.

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WALTON, GEORGE, MD: 12101 S CHALKLEY RD, CHESTER, VA 23831, Ph (804) 796-3636, Fax (804) 796-3457
**Referring Provider (Primary Insurance):** GORADIA, VIC: 1710 E HUNDRED RD, STE 101, CHESTER, VA 23836, Ph (804) 678-9000, Fax (804) 377-1246

## Patient's Pharmacies

**CVS/PHARMACY #1542 (ERX): 629 COLONIAL HEIGHTS BLVD, COLONIAL HEIGHTS VA 23834, Ph (804) 526-3506, Fax (804) 526-2953**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 03/30/2017 02:49 pm | **BP:** | 137/93 sitting L wrist 03/30/2017 03:04 pm | **Pulse:** | 103 bpm regular 03/30/2017 03:04 pm |
| **Pain Scale:** | 4 03/30/2017 02:49 pm | **Pain Scale Type:** | Numeric 03/30/2017 02:49 pm | | |

## Allergies

Reviewed Allergies
**CODEINE:** Confusion (Mild to moderate)
**PENICILLINS:** Rash (Mild)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **ibuprofen 800 mg tablet** | 02/03/17 | entered |
| **Neurontin 300 mg capsule**<br>Take 1 capsule(s) twice a day by oral route for 30 days. | 03/30/17 | prescribed |
| **Sleep Aid (diphenhydramine)** | 02/03/17 | entered |

reviewed by patient on3/30/2017 zw

## Problems

Reviewed Problems
- Lumbar radiculopathy - Onset: 03/30/2017

## Family History

Reviewed Family History

## Social History

Reviewed Social History
**Pain and Pain Questionnaire**
Smoking Status: Former smoker
Tobacco-years of use: 22

Are you currently employed?: Y
Are you allergic to latex?: N
Are you allergic to shellfish?: N
Alcohol intake: Occasional
Marital status: Married
Work related injury?: N
Are you allergic to iodine or IVP dye?: N
Are you allergic to seafood?: N
Are you allergic to betadine: N
1. Pain Intensity: 3 - Pain killers give me moderate relief from pain
2. Personal Care: 0 - I can look after myself normally without causing extra pain
3. Lifting: 1 - I can lift heavy weight but it causes me pain
4. Walking: 1 - Pain prevents me from walking more than a mile
5. Sitting: 0 - I can sit in my chair for as long as I like
6. Standing: 2 - Pain prevents me from standing more than 1 hour
7. Sleeping: 2 - Even when I take medication I sleep less than 6 hours
8. Social Life: 4 - Pain has restricted my social life to my home
9. Changing Degree of Pain: 4 - My pain is gradually worsening
10. Travelling: 3 - Pain restricts me to journeys less than 1 hour

## Surgical History

Reviewed Surgical History
- Spine Interventions - 03/03/2017 - Left L3 and L4 Transforaminal Epidural Steroid Injection
- Orthopedic Surgery - 01/01/1991
- Orthopedic Surgery - 01/01/1990
- Orthopedic Surgery - 01/01/1988
- Fracture Surgery - 01/01/1987
- Fracture Surgery - 01/01/1986

## Past Medical History

Reviewed Past Medical History
GERD/Reflux: **Y**

## Screening

None recorded.

## HPI

*** Lower Back Pain - follow up**
Reported by patient.

Recent Interventions: Procedure(s) Spine Injection with Date: (**3/3/2017**)
Patient Improvement since last visit: Injection/Procedure from the last visit did not help 60%; ADLs, sleep, and emotions since the last visit are stable with continued use of medication.
Interventions/Injections History Lumbar Transforaminal Epidural Steroid Injections Left L3 dated: (**Left L3 and L4 Transforaminal Epidural Steroid Injection**)
Current Severity: Targeted pain in the lower back is stable/unchanged
Currrent Quality: Pain described as **aching**
Current pain location: mild 4
Current Pain Radiation **Pain does not radiate across the back**; **Pain radiates lower back**; **Pain radiates to left mid gluteal region**
Symptoms in feet/leg: burning (**Left foot**)
Timing/Duration Acute Constant; Chronic Constant
Relieving Factors: Standing; lying down sides
Aggravating Factors: lying down sides
Associated Symptoms: none
Work Related: Yes
Working: Short Term Disability by what physician:

*** Lumbar Spine Initial**
Reported by patient.

Onset Started (**1986**); Others (**Patient was hit by a car when he was 13 and has had multiple surgeries since**)
Timing/Duration Chronic (Greater than 3 months) Constant but fluctuates with severity
Pain Radiation no radiation across the back; no radiation to either lower limb
Symptoms in feet / legs **Burning Bilateral Legs and Feet**; **Tingling Bilateral Legs and Feet**; **Numbness BilateralLegs and Feet**; Left leg is worse than right
Quality / progression: burning; throbbing
Current Severity: Mild 4/10; Worst pain 10+/10
Aggravating Factors: Standing for extended amount of time increases lower back and lower limb pain; Walking for short distances increases lower back and lower limb pain; Lying down flat on back; Getting out of bed; Going from sit to stand; Lifting / carrying; Twisting; Bending / squatting; Exercise; Weather damp and cold
Relieving Factors: Heat; Ice; OTC Medications (please list): (**arthriten**); Other (**sleeping in recliner**)

Associated Symptoms: No weakness; No redness; No warmth; No radiation to lower limb(s); No change in bowel / bladder habits; **Numbness; Tingling; Swelling**
Previous Surgery: None; previous surgeries on legs but not back
Prior Imaging: No recent studies within 6 months
Previous Spine Injections: None
Previous PT/Chiropractic: Previously tried PT and this did not help, Date / Location (**in the 90's**)
Previous Medications Used: None
Work Status and Occupation Working regular duty WITHOUT restrictions

## ROS

Patient reports **muscle aches, muscle weakness, arthralgias/joint pain, and back pain** but reports no neck pain and no swelling in the extremities. He reports **weakness** but reports no numbness, no seizures, no dizziness, and no headaches/migraines. He reports no fever, no night sweats, no significant weight gain, and no significant weight loss. He reports no change in vision and no change in hearing. He reports no frequent nosebleeds and no nasal drainage/sinus problems. He reports no sore throat, no dry mouth, and no mouth ulcers. He reports no chest pain on exertion, no palpitations (no irregular heart beats), no shortness of breath on exertion, no shortness of breath when lying down, no light-headedness upon standing, and no known heart murmur. He reports no cough, no wheezing, and no shortness of breath. He reports no abdominal pain, no nausea/vomiting, no diarrhea, no constipation, no black or tarry stools, and no bowel incontinence. He reports no urinary incontinence, no difficulty urinating, no increased urinary frequency, and no blood in urine. He reports no rash, no areas of red patches, no discoloration, no itchy skin, and no dry skin. He reports no depression, no sleep disturbances/insomnia, no alcohol abuse, and no substance abuse. He reports no fatigue, no cold intolerance, no heat intolerance, and no hair growth/hair loss.

## Physical Exam

Patient is a 43-year-old male.

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Edema Right: none. Edema Left: none.

**Lumbar Spine:** Inspection: normal alignment. Bony Palpation of the Lumbar Spine: **Mild tenderness at the bilateral paramidline axial area at the lower lumbar level and L/S junction** and **of the bilateral sacral sulcus**. Bony Palpation of the Right Hip: **tenderness of the SI joint**. Bony Palpation of the Left Hip: **tenderness of the SI joint**. Soft Tissue Palpation on the Right: **tenderness of the paraspinal region at the lower lumbar level**. Soft Tissue Palpation on the Left: **tenderness of the paraspinal region at the lower lumbar level**. Lumbar Range of Motion: **pain with lumbar range of motion**.

**Motor Strength:** L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: **hip flexion iliopsoas 5-/5**. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5. L5 Motor Strength on the Left: **ankle dorsiflexion tibialis anterior 5-/5**. S1 Motor Strength on the Left: **plantar flexion gastrocnemius 5-/5**.

**Neurological System:** Ankle Reflex (S1) Right: **diminished (1)**. Ankle Reflex (S1) - Left: **diminished (1)**. Knee Reflex (L4) Right: **diminished (1)**. Knee Reflex (L4) Left: **diminished (1)**. Sensation on the Left: **tactile decrease in stocking distribution**.

## Assessment / Plan

1. **Lumbar radiculopathy** - L3 ddx
   M54.16: Radiculopathy, lumbar region
   - Neurontin 300 mg capsule - Take 1 capsule(s) twice a day by oral route for 30 days. Qty: 60 capsule(s) Refills: 0 Pharmacy: CVS/PHARMACY #1542

2. **Displacement of lumbar intervertebral disc without myelopathy**
   M51.26: Other intervertebral disc displacement, lumbar region

3. **Lumbosacral spondylosis without myelopathy**
   M47.817: Spondylosis without myelopathy or radiculopathy, lumbosacral region

**Discussion Notes**

*Mr. Radcliffe is now s/p left L3, and L4 TFESI on 3/3/2017 and he had few weeks of great relief but the pain is returning.

*He had described pain in the left LE. He feels like most of his pain now in his low back and his upper lateral leg. He says his pain is 4/10. This is much better than the 10/10 he originally presented with

*It was Dr. Goradia's opinion that this was not likely related to his knee and he was referred here for further workup and management.

*He previously received a steroid injection to the knee which did not help.

*He has had imaging studies that include ultrasound for DVT that was negative

*We did an EMG that did not show any active radiculopathy

*His MRI shows a lateral disc protrusion likely affecting the left L3 nerveroot. He also has b/l L5 pars defect per the report.

*He says that he has managed quite well with just taking Ibuprofen and has gone through therapy in the past for his previous surgical issues

*He has tried a limited number of medications including Ibuprofen and Hydrocodone in the past.

*I tried him on 300 mg of gabapentin at night and I would like him to go to BID today.

*He is taking ibuprofen and ALeve.

*I am going to schedule him to repeat his epidural before proceeding with facet blocks. If after a reasonable series of these injections he is not improved to the level that is allowing him to return to work he will need a surgical referral.

Return to Office

- Nadeem A. Khan, MD for Khan Procedure at OFFICE on 04/18/2017 at 09:30 AM

Encounter Sign-Off

Encounter signed-off by Hassan Zakaria, 03/30/2017.

Encounter performed and documented by Hassan Zakaria
Encounter reviewed & signed by Hassan Zakaria on 03/30/2017 at 3:51pm