FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "G"

**RADCLIFFE, RICHARD H (id #7744, dob: '1973)**

| | | | |
|---|---|---|---|
| **Name** | RADCLIFFE, RICHARD (43yo, M) ID# 7744 | **Appt. Date/Time** | 04/25/2017 03:20PM |
| **DOB** | /1973 | **Service Dept.** | OFFICE |
| **Provider** | HASSAN ZAKARIA | | |
| **Insurance** | Med Primary: BCBS-VA (PPO)<br>Insurance # : RNGAN3095222<br>Policy/Group # : 006000505AAAP003<br>PCP : WALTON, GEORGE, MD<br>Referring Provider Name : GORADIA, VIC<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Low back/L-spine problem

Patient is being seen for back pain with radiating pain to left lower limb

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WALTON, GEORGE, MD: 12101 S CHALKLEY RD, CHESTER, VA 23831, Ph (804) 796-3636, Fax (804) 796-3457
**Referring Provider (Primary Insurance):** GORADIA, VIC: 1710 E HUNDRED RD, STE 101, CHESTER, VA 23836, Ph (804) 678-9000, Fax (804) 377-1246

## Patient's Pharmacies

**CVS/PHARMACY #1542 (ERX): 629 COLONIAL HEIGHTS BLVD, COLONIAL HEIGHTS VA 23834, Ph (804) 526-3506, Fax (804) 526-2953**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 04/25/2017 03:30 pm | **BP:** | 135/86 sitting R wrist 04/25/2017 03:31 pm | **Pulse:** | 82 bpm regular 04/25/2017 03:32 pm |
| **Pain Scale:** | 6 04/25/2017 03:30 pm | **Pain Scale Type:** | Numeric 04/25/2017 03:30 pm | | |

## Allergies

Reviewed Allergies
**CODEINE**: Confusion (Mild to moderate)
**PENICILLINS**: Rash (Mild)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **ibuprofen 800 mg tablet** | 02/03/17 | entered |
| **Neurontin 300 mg capsule**<br>Take 1 capsule(s) twice a day by oral route for 30 days. | 04/14/17 | prescribed |

reviewed by patient on 4/25/17 kt

## Problems

Reviewed Problems
- Lumbosacral spondylosis without myelopathy - Onset: 04/25/2017
- Lumbar radiculopathy - Onset: 03/30/2017

## Family History

Reviewed Family History

## Social History

Reviewed Social History
**Pain and Pain Questionnaire**
Smoking Status: Former smoker
Tobacco-years of use: 22
Are you currently employed?: Y
Are you allergic to latex?: N
Are you allergic to shellfish?: N
Alcohol intake: Occasional

Marital status: Married
Work related injury?: N
Are you allergic to Iodine or IVP dye?: N
Are you allergic to seafood?: N
Are you allergic to betadine: N
1. Pain Intensity: 3 - Pain killers give me moderate relief from pain
2. Personal Care: 0 - I can look after myself normally without causing extra pain
3. Lifting: 3- Pain prevents me from lifting heavy weights but I can manage light weights if conveniently positioned
4. Walking: 2 - Pain prevents me from walking more than 1/2 mile
5. Sitting: 2 - Pain prevents me from sitting for more than an hour
6. Standing: 2 - Pain prevents me from standing more than 1 hour
7. Sleeping: 1 - I sleep well but only when taking medication
8. Social Life: 4 - Pain has restricted my social life to my home
9. Changing Degree of Pain: 4 - My pain is gradually worsening
10. Travelling: 3 - Pain restricts me to journeys less than 1 hour

## Surgical History

Reviewed Surgical History
- Spine Interventions - 03/03/2017 - Left L3 and L4 Transforaminal Epidural Steroid Injection
- Orthopedic Surgery - 01/01/1991
- Orthopedic Surgery - 01/01/1990
- Orthopedic Surgery - 01/01/1988
- Fracture Surgery - 01/01/1987
- Fracture Surgery - 01/01/1986

## Past Medical History

Reviewed Past Medical History
GERD/Reflux: **Y**

## Screening

None recorded.

## HPI

*** Lower Back Pain - follow up**
Reported by patient.

Recent Interventions: Procedure(s) Spine Injection with Date: (**3/3/2017 Left L3 and L4 Transforaminal Epidural Steroid Injection**
**4/14/17 Left L3 and L4 Transforaminal Epidural Steroid Injection**)
Patient Improvement since last visit: Injection/Procedure from the last visit helped 60%; ADLs, sleep, and emotions since the last visit are stable with continued use of medication.
Interventions/Injections History Lumbar Transforaminal Epidural Steroid Injections Left L3 dated: (**3/3/17 Left L3 and L4**
**4/14/17 Left L3 and L4**)
Imaging History: No recent studies within the last 6 months
Current Severity: Targeted pain in the lower back is stable/unchanged
Currrent Quality: Pain described as **aching**; **sharp**; **burning**; **stabbing**
Current pain location: moderate:6
Current Pain Radiation **Pain radiates across the lower back**; **Pain radiates to left mid gluteal region**
Symptoms in feet/leg: burning (**left leg and knee**)
Timing/Duration Acute Constant; Chronic Constant
Relieving Factors: Standing; lying down sides
Aggravating Factors: lying down sides
Associated Symptoms: no weakness; no numbness; no tingling; no swelling; no redness; no warmth; no radiation to lower limb; no change in bowel/bladder habits; none
Work Related: Yes
Working: Short Term Disability by what physician:

## ROS

Patient reports **weight gain (few )lbs** but reports no fever, no night sweats, and no significant weight loss. He reports **muscle aches and back pain** but reports no muscle weakness, no arthralgias/joint pain, no neck pain, and no swelling in the extremities. He reports **depression** but reports no sleep disturbances/insomnia, no alcohol abuse, and no substance abuse. He reports no change in vision and no change in hearing. He reports no frequent nosebleeds and no nasal drainage/sinus problems. He reports no sore throat, no dry mouth, and no mouth ulcers. He reports no chest pain on exertion, no palpitations (no irregular heart beats), no shortness of breath on exertion, no shortness of breath when lying down, no light-headedness upon standing, and no known heart murmur. He reports no cough, no wheezing, and no shortness of breath. He reports no abdominal pain, no nausea/vomiting, no diarrhea, no constipation, no black or tarry stools, and no bowel incontinence. He reports no urinary incontinence, no difficulty urinating, no increased urinary frequency, and no blood in urine. He reports no rash, no areas of red patches, no discoloration, no itchy skin, and no dry skin. He reports no weakness, no numbness, no seizures, no dizziness, and no headaches/migraines. He reports no fatigue, no cold intolerance, no heat intolerance, and no hair growth/hair loss.

**RADCLIFFE, RICHARD H (id #7744, dob: '1973)**

## Physical Exam

Patient is a 43-year-old male.

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Edema Right: none. Edema Left: none.

**Lumbar Spine:** Inspection: normal alignment. Bony Palpation of the Lumbar Spine: **Mild tenderness at the bilateral paramidline axial area at the lower lumbar level and L/S junction** and **of the bilateral sacral sulcus**. Bony Palpation of the Right Hip: **tenderness of the SI joint**. Bony Palpation of the Left Hip: **tenderness of the SI joint**. Soft Tissue Palpation on the Right: **tenderness of the paraspinal region at the lower lumbar level**. Soft Tissue Palpation on the Left: **tenderness of the paraspinal region at the lower lumbar level**. Lumbar Range of Motion: **pain with lumbar range of motion.**

**Motor Strength:** L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: **hip flexion iliopsoas 5-/5**. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5. L5 Motor Strength on the Left: **ankle dorsiflexion tibialis anterior 5-/5**. S1 Motor Strength on the Left: **plantar flexion gastrocnemius 5-/5.**

**Neurological System:** Ankle Reflex (S1) Right: **diminished (1)**. Ankle Reflex (S1) - Left: **diminished (1)**. Knee Reflex (L4) Right: **diminished (1)**. Knee Reflex (L4) Left: **diminished (1)**. Sensation on the Left: **tactile decrease in stocking distribution**.

## Assessment / Plan

**1. Lumbosacral spondylosis without myelopathy**
M47.817: Spondylosis without myelopathy or radiculopathy, lumbosacral region

**2. Lumbar radiculopathy** - L3 ddx
M54.16: Radiculopathy, lumbar region

**Discussion Notes**

*Mr. Radcliffe is now s/p left L3, and L4 TFESI on 3/3/2017 and he had few weeks of great relief but the pain returned.
*We repeated his epidural on 4/14/2017 and he had about a week of relief but the pain is back.

*We did an EMG that did not show any active radiculopathy

*He states the pain is across the low back. He still has pain that radiates down the left leg.

*He previously received a steroid injection to the knee which did not help. ( HE has previosuly had knee issues that were followed by outside provider)

*He has had imaging studies that include ultrasound for DVT that was negative

*His MRI shows a lateral disc protrusion likely affecting the left L3 nerveroot. He also has b/l L5 pars defect per the report.

*He has tried a limited number of medications including Ibuprofen and Hydrocodone in the past.

*I tried him on 300 mg of gabapentin at night and progressed to BID which he is on now.

*He is taking ibuprofen and ALeve.

*I am going to schedule him for b/l L3-4, L4-5, L5-S1 dx/ther blocks for his low back pain. If he has not improved at that point he will need a surgical referral. If he has no benefit I would not be very encouraged that anything we can do for him will give him substantial relief.

*I also discussed with him his weight gain which he needs to avoid.

## Return to Office

- Hassan Zakaria for Zakaria Procedure at OFFICE on 05/01/2017 at 01:50 PM

## Encounter Sign-Off

Encounter signed-off by Hassan Zakaria, 04/25/2017.

Encounter performed and documented by Hassan Zakaria
Encounter reviewed & signed by Hassan Zakaria on 04/25/2017 at 4:38pm