FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "H"

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-5127

# Restrictions Form

Return To: Lisa Roberto

| Richard Radcliffe | /1973 | 7808210 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — 2/13/2017 By this office. Previously seen by Dr. Gorordo
DATE LAST TREATED — 4/25/2017
NEXT OFFICE VISIT — 5/1/2017
DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly
- [ ] VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.
① Bending - infrequent
② lifting - no greater than 10 lbs.

4. RESTRICTIONS IMPOSED FROM 3/14/17 TO now / until follow up at minimum

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
patient is currently scheduled for repeat injections on 5/1/17
prior procedures on 3/13/17 and 4/14/17

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS:
① B/L pars defect L5
② L3-L4 disc protrusion to left

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 2/13/17 TO current

| Hassan Zakaria | MD, MPH, Occupational Medicine, Physical Medicine & Rehab. | |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 12230 Branders Creek Dr. | (804) 715-4704 | — |
| Street Address | Telephone Number | Fax Number |
| Chester, VA 23831 | [signature] | 5/1/2017 |
| City, State & Zip Code | Signature | Date |

RADCLIFFE, RICHARD 03/24/73 #7744

* B20100y0303 Last Page A-FormLet

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 04/25/2017**

Patient