FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "J"

INTERVENTIONAL PAIN & SPINE SPECIALISTS • 12230 BRANDERS CREEK DRIVE, CHESTER VA 23831-1626

**RADCLIFFE, RICHARD H (id #7744, dob: '1973)**

**Encounter Date: 06/09/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | RADCLIFFE, RICHARD (44yo, M) ID# 7744 | **Appt. Date/Time** | 06/09/2017 02:40PM |
| **DOB** | /1973 | **Service Dept.** | OFFICE |
| **Provider** | HASSAN ZAKARIA | | |
| **Insurance** | Med Primary: BCBS-VA (PPO)<br>Insurance # : RNGAN3095222<br>Policy/Group # : 006000505AAAP003<br>PCP : WALTON, GEORGE, MD<br>Referring Provider Name : GORADIA, VIC<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Injection

Left L3 Selective Nerve Root Block

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WALTON, GEORGE, MD: 12101 S CHALKLEY RD, CHESTER, VA 23831, Ph (804) 796-3636, Fax (804) 796-3457
**Referring Provider (Primary Insurance):** GORADIA, VIC: 1710 E HUNDRED RD, STE 101, CHESTER, VA 23836, Ph (804) 678-9000, Fax (804) 377-1246

## Patient's Pharmacies

**CVS/PHARMACY #1542 (ERX): 629 COLONIAL HEIGHTS BLVD, COLONIAL HEIGHTS VA 23834, Ph (804) 526-3506, Fax (804) 526-2953**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 06/09/2017 02:59 pm | **BP:** | 129/71 sitting L wrist 06/09/2017 03:02 pm | **Pulse:** | 94 bpm regular 06/09/2017 03:02 pm |
| **Pain Scale:** | 6 06/09/2017 02:59 pm<br>2 06/09/2017 03:25 pm | **Notes:** | Post Procedure vitials<br>BP 138/94<br>Pulse 92<br>FD 11.3 mGy<br>06/09/2017 03:29 pm | **Pain Scale Type:** | Numeric 06/09/2017 02:59 pm<br>Numeric 06/09/2017 02:59 pm |

## Allergies

Reviewed Allergies

**CODEINE:** Confusion (Mild to moderate)

**PENICILLINS:** Rash (Mild)

## Medications

Reviewed Medications

**Ibuprofen 800 mg tablet** 02/03/17 entered

reviewed by patient on 6/9/2017 aw

## Problems

Reviewed Problems

- Lumbosacral spondylosis without myelopathy - Onset: 04/25/2017
- Lumbar radiculopathy - Onset: 03/30/2017

## Family History

Reviewed Family History

## Social History

Reviewed Social History
**Pain and Pain Questionnaire**
Smoking Status: Former smoker
Tobacco-years of use: 22
Are you currently employed?: Y
Are you allergic to latex?: N

**RADCLIFFE, RICHARD H (id #7744, dob: /1973)**

Are you allergic to shellfish?: N
Alcohol Intake: Occasional
Marital status: Married
Work related injury?: N
Are you allergic to iodine or IVP dye?: N
Are you allergic to seafood?: N
Are you allergic to betadine: N

1. Pain Intensity: 3 - Pain killers give me moderate relief from pain
2. Personal Care: 0 - I can look after myself normally without causing extra pain
3. Lifting: 3- Pain prevents me from lifting heavy weights but I can manage light weights if conveniently positioned
4. Walking: 2 - Pain prevents me from walking more than 1/2 mile
5. Sitting: 2 - Pain prevents me from sitting for more than an hour
6. Standing: 2 - Pain prevents me from standing more than 1 hour
7. Sleeping: 1 - I sleep well but only when taking medication
8. Social Life: 4 - Pain has restricted my social life to my home
9. Changing Degree of Pain: 4 - My pain is gradually worsening
10. Travelling: 3 - Pain restricts me to journeys less than 1 hour

## Surgical History

Reviewed Surgical History

- Spine Interventions - 06/09/2017 - Left L3 Selective Nerve Root Block
- Spine Interventions - 05/01/2017 - Bilateral L3-4, L4-5, and L5-S1 facet joint block diagnostic/therapeutic
- Spine Interventions - 03/03/2017 - Left L3 and L4 Transforaminal Epidural Steroid Injection
- Orthopedic Surgery - 01/01/1991
- Orthopedic Surgery - 01/01/1990
- Orthopedic Surgery - 01/01/1988
- Fracture Surgery - 01/01/1987
- Fracture Surgery - 01/01/1986

## Past Medical History

Reviewed Past Medical History
GERD/Reflux: Y

## Screening

None recorded.

## ROS

None recorded.

## Physical Exam

None recorded.

## Procedure Documentation

**I/M Injection:**

After discussion of the risks and benefits, the patient elected to proceed with an injection of 1 ml of Ativan 2mg/ml into the right superolateral gluteal region.

Indication: The Ativan was given to the patient to aid in relaxation prior to the procedure. The patient was very anxious / nervous.

It was confirmed that the patient does not have history of prior adverse reactions, active infections, or relevant allergies. There was no effusion, erythema, or warmth, and the skin was clear.

The skin was sterilized with alcohol. Topical anesthesia was achieved with ethyl chloride. A 25 gauge needle was inserted into the muscle. The site was injected with the above medicine. The injection was completed without complication, and a bandage was applied.

The patient tolerated the procedure well and was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection or allergic reaction.

Lot # 027382 Exp date: 02/2019

**Lumbar T/F ESI:**

PLACE OF PROCEDURE: Interventional Pain & Spine Specialists

PROCEDURE PERFORMED: Left L3 Selective nerve root block .

REASON FOR PROCEDURE:

**RADCLIFFE, RICHARD H (id #7744, dob: 1973)**

To place potent anesthetic /steroid combination at a selected nerve root level to determine possible pain generator source

INTERVENTIONALIST: Zakaria, MD

CONSENT: The risks and benefits were explained to the patient. A written guide explaining the possible risks and complications of this procedure was given to the patient. The patient demonstrated complete understanding of possible complications involved in this procedure.

SEDATION/ANESTHESIA: Local with 1% Lidocaine.

PROCEDURE: After obtaining informed consent, the patient was placed in the prone position on the fluoroscopy table. The lumbar skin was prepped and draped in a sterile fashion with Betadine and sterile fenestrated drapes.

Left L3 Transforaminal Epidural Steroid Injection:
Under fluoroscopic control, the L3-4 disc space was identified. The fluoroscope was then obliqued and the end plates were squared at the targeted level. After raising a skin wheal with 1% Xylocaine and anesthetizing the subcutaneous tissues, a #22 gauge 3.5 inch Quincke type point spinal needle was then placed into the Left L3 foramen just under the mid-portion of the pedicle. Approximately 2 mL of Omnipaque 240 contrast dye was then injected, demonstrating perineura spread. This was verified on both AP and lateral views of fluoroscopy. No vascular uptake was noted. A total of 1 ml of 40 mg/ml of depo-medrol followed by 3 mL of 2% preservative-free Xylocaine was then injected

EKG, cycled five minute blood pressures, pulse, and pulse ox were monitored throughout the procedure. The patient tolerated the procedure well and was transitioned to the post-procedure holding area uneventfully. The patient was monitored for adverse allergic, paralytic and hypertensive reactions. The patient was discharged without complication.

*Patient reported pain went from 6 to a 2 after procedure

## Assessment / Plan

**1. Lumbar radiculopathy - L3 ddx**
M54.16: Radiculopathy, lumbar region

**Discussion Notes**

*left L3 selective nerve root block done today and pain went from 6 to 2.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Hassan Zakaria, 06/09/2017.

Encounter performed and documented by Hassan Zakaria
Encounter reviewed & signed by Hassan Zakaria on 06/09/2017 at 3:35pm

**RADCLIFFE, RICHARD H (id #7744, dob: /1973)**

Interventional Pain & Spine Specialists

BP: 138/94
Pulse: 92
Fluoro. Dose: 11.3mGy

12230 Branders Creek Dr., Chester, VA 23831 Telephone: (804) 715-4709 Fax: (804) 715-4714

**DISCHARGE INSTRUCTIONS FOR SPINAL INJECTIONS**

On the day of procedure you should rest. You may resume your normal daily routine 24 hours after the procedure. However, avoid strenuous activities or any activity that provoke pain for a couple of days. Please remember it takes the steroid portion of some injections approximately 2 to 3 days to begin working to reduce pain/inflammation.

- Immediately after the procedure your legs/arms may feel shaky, numb or weak. These sensations are temporary and may last up to 24 hours.
- Refrain from the following for 24 hours after the procedure:
  ** Do not take a bath, swim, or sit in a hot tub. Showers are ok.
  ** Do not drive, operate heavy machinery or use power tools.
  ** Do not drink any ALCOHOLIC beverages
  ** No prolonged sitting or standing more than 30 minutes. Change these positions frequently.
  ** Do not walk or exercise (without supervision).
- Headaches are a possible side effect with any epidural injection (this occurs in less than 1% of patients). If you develop a headache, simply lie down flat with your head no higher than one pillow. You may go to the bathroom. If the headache does not improve, you should drink ½ to 1 gallon of water or juice. You may take Tylenol. If your headache does not improve in 72 hours, please call my clinic 804-715-4709.
- You may resume your pain medication and other routine medications on the day of the procedure (with the exception of NSAIDs and blood thinners – these medications must be held for 24 hours prior to resuming).
- Tenderness at the site of injection is normal. To dull the pain, use an ice pack over the injections site for 15-20 minutes per hour for the first 24 to 48 hours.

If you have any questions please contact my office at 804-715-4709. ~ Nadeem Khan, M. D.

Patient Signature [signature] Date 6/9/17 Current Pain Level 2

***** DIAGNOSTIC INJECTIONS ONLY PLEASE COMPLETE THIS PORTION *****

Please call our office and leave a message on the nurse's line in 2 days with the following information:

Your name, date of injection, and please state the following information: I received ___ percentage relief for ___ amount time.

0% = no pain reduction 100% complete pain reduction

Please be specific regarding the time, whether it was hours (specific amount), days (specific amount) or continual relief.

RS

RADCLIFFE, RICHARD H (id #7744, dob: 1973)

Dr. Nadeem A. Khan or Dr. Hassan Zakaria,
12230 Branders Creek Drive, Chester, VA 23831
Telephone: (804)715-4709 Fax: (804)715-4714

**Consent to Procedure, Administration of Medications, and Rendering and Other Medical Services**

**Date:** 06/09/2017
**Patient:** RICHARD RADCLIFFE
**DOB:** /1973
**Procedure:** Left L3 Selective Nerve Root Block

The IPSS clinic maintains personnel and facilities to assist your physician(s) in their performance of diagnostic or therapeutic procedures. The procedures may involve risks of unsuccessful results, complications, injury or even death, from both known and unforeseen causes, and no warranty or guarantee is made as to result or cure.

You have the right to be informed of such risks as well as the nature of the procedure; the expected benefits or effects of such procedure; and the available alternative methods of treatment and their risks and benefits. Except in emergency, procedures are not performed until you had the opportunity to receive this information and give your consent. You have the right to consent or refuse any proposed procedure any time prior to its performance.

Your physician has recommended the procedures set forth above. Upon your authorization and consent, together with any different procedures, which, in the opinion of the supervising physician may be indicated due to an emergency will be performed on you, the patient. The procedure above will be performed by a physician listed above with associates.

Your signature below constitutes your acknowledgment that (1) you have read and agree to the foregoing; (2) that the procedure has been adequately explained to you by one of the above named physician; (3) that you authorize and consent to the performance of the procedure; (4) that you authorize and consent to the administration of medications for the said procedure.

Although you may benefit from your procedure, every injection carries the risk of complication. Complications during or after injections include but are not limited to: death, heart attack, stroke, bleeding, nerve injury (including numbness, pain and weakness), paralysis (which may be permanent), failure of relief of symptoms, failure of relief of pain, increased pain, need for further surgery, epidural leak (tears of the sack holding in nerves and spinal fluid), meningitis, and anesthetic complication. Comorbidities such as obesity, smoking, rheumatoid arthritis, chronic steroid use and diabetes increase these risks.

I have made arrangements to have a responsible adult drive me home and care for me for the next 24 hours.

Signature: ____________________ Date: 6/9/17

Witness: ____________________