FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "K"

Alexandria
2805 Duke Street
Alexandria VA 22314-4512

Radcliffe, Richard H
MRN: 8738608, DOB: 1973, Sex: M
Encounter date: 8/3/2017

**Radcliffe, Richard H** **MRN: 8738608**

Office Visit
8/3/2017
OV Chippenham

Provider: Melissa Deleon, NP (Nurse Practitioner)
Primary diagnosis: Herniation of intervertebral disc of lumbar spine
Reason for Visit: Lower Back - Follow-up

**Progress Notes**

**Subjective Subjective:**

**Patient ID:** Richard H Radcliffe is a 44 y.o. male.

**Chief Complaint:** Follow-up of the Lower Back

HPI: Patient comes in for his 1st postoperative visit after undergoing an L3-4 diskectomy. Patient reports that he does have back pain however this is bearable for him. He also has some residual left leg spasms as expected. He states that he only takes the oxycodone if he really needs it. He reports that he still has some left and he also uses the muscle relaxers when his leg starts to spasm.

**Objective Objective:**

Constitutional: No acute distress. Well nourished. Well developed.
Eyes: Sclera are nonicteric.
Respiratory: No labored breathing.
Cardiovascular: No marked edema.
Skin: No marked skin ulcers.
Neurological: No marked sensory loss noted.
Psychiatric: Alert and oriented x3.
Musculoskeletal today in the office we removed his staples and applied Steri-Strips to his incision. his incision is healing nicely. He is a little tender to palpation around the incision. No erythema or swelling. Bilateral hips, knees and ankles have good range of motion.

**Radiographs:**

No imaging obtained

**Assessment Assessment:**

No diagnosis found.

**Plan Plan:**

I recommend he continue to do his activities of daily living and walking only for exercise. We will see him in follow-up in 1 month.

No orders of the defined types were placed in this encounter.

Electronically signed by Melissa Deleon, NP at 8/3/2017 11:02 AM