FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "L"

Alexandria
2805 Duke Street
Alexandria VA 22314-4512

Radcliffe, Richard H
MRN: 8738608, DOB: '1073, Sex: M
Encounter date: 9/8/2017

Electronically signed by Melissa Deleon, NP at 9/8/2017 1:00 PM

**Radcliffe, Richard H** MRN: 8738608

Evaluation
9/22/2017
OV Prince George PT

Provider: Mark McKinley, PT, DPT (Physical Therapy)
Primary diagnosis: Low back pain, unspecified back pain laterally, unspecified chronicity, with sciatica presence unspecified
Reason for Visit: Referred by Ricky Placido, MD

**Progress Notes**

**Subjective**

Provider: Mark McKinley, DPT
Location: Prince George, Va
Onset Date: DOS: 7/25/2017
SOC Date: 9/22/2017
Referring Physician: Dr. Placide, MD
Medical Diagnosis: Lumbar Discectomy
Treating Diagnosis: low back pain, weakness, and stiffness

Subjective:
Pt presents with CC of Low back pain, weakness, and stiffness s/p L3-4 diskectomy on 07/25/2017. Pt still reporting LE radiating symptoms down L LE. It has improved but is intermittent. Pt was having radiating symptoms for 6 months prior to surgery. Pt reports he was in a MVA when he was 13 which required pretty extensive surgeries to his legs.
Precautions: Therapist advised about motions to avoid.
Pt last saw MD on 9/8/2017
MD follow up visit on 10/20/2017
Previous injuries/surgeries: no previous surgeries on back
AD - none
Previous Therapy - none
Occupation/work duties: Pt does work, but sounds like MD has not released him just yet. He will need to complete therapy first. He does pest control. He has to lift a lot and crawl lot..

Functional Deficits:
Pt has;Decreased ADL abilities.
Decreased standing/walking tolerance.
Decreased stair ambulation abilities.
Increased pain impacting sleep tolerance.
Decreased functional mobility impacting bending.
Decreased strength impacting lifting/carrying abilities.
Decreased recreational/sporting activity abilities.
Decreased sitting tolerance impacting driving abilities.
Decreased work duty abilities.

Comorbidities:
CA - none
Pacemaker - none
Stroke - none

Objective:
Avg pain 6/10 Pain at worst 10/10
Radiating symptoms: intermittent down LE.

**Objective**

Lumbar AROM:
Flex: 30% Ext 40% Rot R 40% Rot L 40%

Tender to palpation to incision and bilateral lumbar paraspinals at L2-S1.
Pt had tightness to bilateral lumbar paraspinals.
Spinal curve: flattened back.
Pelvic Alignment: IC level
Gait: decreased cadence

| Hip | Left | | | Right | | |
|---|---|---|---|---|---|---|
| | **AROM** | **PROM** | **MMT** | **AROM** | **PROM** | **MMT** |
| **Flexion** | | | 4- | | | 4- |

| Knee | Left | | | Right | | |
|---|---|---|---|---|---|---|
| | **AROM** | **PROM** | **MMT** | **AROM** | **PROM** | **MMT** |

**Treatments**

**Modalities**
Electrical Stimulation (97014) to decrease pain and muscle spasm or improve muscle function
TENS: 10

Ther ex: Pt performed mobility and strengthening exercises to address stiffness and weakness. Pt required VCn, TCn, and demonstration for form. See flow sheet for details.
Modality: IFC with moist heat applied to low back for symptom control/inflammation/muscle relaxation.

**Goals**
1.) Due Date: 9/29/2017Therapist will initiate HEP.

2.) Due Date: 11/17/2017Pt will be independent and compliant with HEP so patient can manage symptoms on their own.

3.) Due Date: 11/17/2017Pt will improve low back pain to < 3/10 at worst so he can sleep more comfortably.

4.) Due Date: 11/17/2017Pt will improve ODI score to < 20% impairment to indicate significant improvement in pain and function.

5.) Due Date: 11/17/2017Pt will improve Lumbar AROM to WNL for all motions to improve functional mobility.

6.) Due Date: 11/17/2017Pt will report no pain or difficulty with usual housework and yard work to return to prior level of function.

**Assessment**
Assessment/Justification for Therapy:
Pt presents with low back pain, weakness, and stiffness. Patient has typical signs and symptoms consistent with lumbar discectomy. Patient situation is complicated by stiffness and weakness. Pt is a good candidate for therapy. Pt has been seen for 1 total visits. Pt has deficits with ADLs, work duties, bending, and lifting. Pt could benefit from skilled therapy to address deficits. Therapist and pt discussed POC and agreed to begin therapy 1-2/week for 8 weeks to address deficits and improve function.

GCodes

Walking and moving around.
Current Status: CK 40%: Patient is currently at the CK level of disability based on pain at worst 10/10, 40% impairment score on ODI, other objective/subjective exam findings, and clinical judgment.
Goal Status: CI 15%: Therapist anticipates patient should progress to 15% impairment, indicating patient is the CI level of disability based on current and prior levels of function, and clinical judgment

Prognosis: good

**Plan**
Visits per Week: 2
Number of Weeks: 8

Direct One on One
97110: Therapeutic Exercises: To Develop Strength and Endurance, ROM and Flexibility
97116: Gait Training
97112: Neuromuscular reeducation of movement, balance, coordination, posture, and/or proprioception for sitting or standing activities
97140: Manual Therapy techniques (mobilization, manipulation, manual traction),

Supervised Modalities
97010: Thermal modalities: hot/cold packs
97014: Electrical stimulation

Electronically signed by Mark McKinley, PT, DPT at 9/22/2017 10:14 AM

**Radcliffe, Richard H** MRN: 8738608

Treatment
9/26/2017
OV Prince George PT

Provider: Mark McKinley, PT, DPT (Physical Therapy)
Primary diagnosis: Low back pain, unspecified back pain laterality, unspecified chronicity, with sciatica presence unspecified
Reason for Visit: Referred by Ricky Placide, MD

**Progress Notes**