FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "M"

**RADCLIFFE, RICHARD H (id #7744, dob: /1973)**

**Encounter Date: 12/19/2017**

## Patient

| | | | |
|---|---|---|---|
| **Name** | RADCLIFFE, RICHARD (44yo, M) ID# 7744 | **Appt. Date/Time** | 12/19/2017 03:45PM |
| **DOB** | /1973 | **Service Dept.** | OFFICE |
| **Provider** | HASSAN ZAKARIA | | |
| **Insurance** | Med Primary: BCBS-VA (PPO)<br>Insurance # : RNGAN3095222<br>Policy/Group # : 006000505AAAP003<br>PCP : WALTON, GEORGE, MD<br>Referring Provider Name : PLACIDE, RICK<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Low back/L-spine problem

Patient is being seen for back pain

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WALTON, GEORGE, MD: 12101 S CHALKLEY RD, CHESTER, VA 23831, Ph (804) 796-3636, Fax (804) 796-3457
**Referring Provider (Primary Insurance):** PLACIDE, RICK: 1115 BOULDERS PKWY, SUITE 100, RICHMOND, VA 23225, Ph (804) 320-1339, Fax (804) 915-1939

## Patient's Pharmacies

**CVS/PHARMACY #1542 (ERX): 629 COLONIAL HEIGHTS BLVD, COLONIAL HEIGHTS VA 23834, Ph (804) 526-3506, Fax (804) 526-2953**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 12/19/2017 03:42 pm | **BP:** | 138/94 sitting L wrist 12/19/2017 03:47 pm | **Pulse:** | 88 bpm regular 12/19/2017 03:47 pm |
| **Pain Scale:** | 5 12/19/2017 03:47 pm | **Pain Scale Type:** | Numeric 12/19/2017 03:43 pm | | |

## Allergies

Reviewed Allergies
**CODEINE:** Confusion (Mild to moderate)
**PENICILLINS:** Rash (Mild)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **ibuprofen 800 mg tablet** | 02/03/17 | entered |
| **oxyCODONE-acetaminophen** | 12/19/17 | entered |

reviewed by patient on 12/19/17 KT

## Problems

Reviewed Problems
- Lumbosacral spondylosis without myelopathy - Onset: 04/25/2017
- Lumbar radiculopathy - Onset: 03/30/2017

## Family History

Reviewed Family History

## Social History

Reviewed Social History
**Pain and Pain Questionnaire**
Smoking Status: Former smoker
Tobacco-years of use: 22
Are you currently employed?: Y
Are you allergic to latex?: N
Are you allergic to shellfish?: N

**RADCLIFFE, RICHARD H (id #7744, dob: /1973)**

Alcohol intake: Occasional
Marital status: Married
Work related injury?: N
Are you allergic to iodine or IVP dye?: N
Are you allergic to seafood?: N
Are you allergic to betadine: N
1. Pain Intensity: 3 - Pain killers give me moderate relief from pain
2. Personal Care: 0 - I can look after myself normally without causing extra pain
3. Lifting: 3- Pain prevents me from lifting heavy weights but I can manage light weights if conveniently positioned
4. Walking: 2 - Pain prevents me from walking more than 1/2 mile
5. Sitting: 2 - Pain prevents me from sitting for more than an hour
6. Standing: 2 - Pain prevents me from standing more than 1 hour
7. Sleeping: 1 - I sleep well but only when taking medication
8. Social Life: 4 - Pain has restricted my social life to my home
9. Changing Degree of Pain: 4 - My pain is gradually worsening
10. Travelling: 3 - Pain restricts me to journeys less than 1 hour

## Surgical History

Reviewed Surgical History
- Spine Interventions - 06/09/2017 - Left L3 Selective Nerve Root Block
- Spine Interventions - 05/01/2017 - Bilateral L3-4, L4-5, and L5-S1 facet joint block diagnostic/therapeutic
- Spine Interventions - 03/03/2017 - Left L3 and L4 Transforaminal Epidural Steroid Injection
- Back Surgery - 01/01/2017
- Orthopedic Surgery - 01/01/1991
- Orthopedic Surgery - 01/01/1990
- Orthopedic Surgery - 01/01/1988
- Fracture Surgery - 01/01/1987
- Fracture Surgery - 01/01/1986

## Past Medical History

Reviewed Past Medical History
GERD/Reflux: Y

## Screening

None recorded.

## HPI

*** Lower Back Pain - follow up**
Reported by patient.

Previous/Current Diagnosis: **Bilateral L4-L5, L5-S1 Lumbar Facet Joint Arthritis; Left L3 Lumbosacral Radiculopathy**
Recent Interventions: Procedure(s) Spine Injection: **(3/3/2017 Left L3 and L4 Transforaminal Epidural Steroid Injection**
**4/14/17 Left L3 and L4 Transforaminal Epidural Steroid Injection**
**5/1/17 Bilateral L3-4 L4-5 L5-S1 Facet Joint Block Diagnostic/Therapeutic**
**6/9/17 Left L3 Selective Nerve Root Block)**
Improvement since last visit: Injection/Procedure from the last visit ; ADLs, sleep, and emotions since the last visit are stable with continued use of medication.
Current Severity: Targeted pain in the lower back is stable/unchanged; moderate:5
Previous Interventions/Injections: Lumbar Transforaminal Epidural Steroid Injections Left L3 dated: **(3/3/17 Left L3 and L4 4/14/17 Left L3 and L4)**; Lumbar Facet Joint Injections diagnostic and therapeutic bilateral **(5/1/17 L3-4 L4-5 L5-S1 Diagnostic/Therpaeutic)**; ; 6/9/17 Selective Nerve Root Block
Previous Imaging/Diagnostic Testing: No recent studies within the last 6 months
Current Medications: NSAIDs: **(ibuprofen)**
Current Pain Radiation **Pain radiates across the lower back; Pain radiates to left anteromedial thigh and medial leg (L4 dermatome)**
Currrent Quality: Pein described as **aching; sharp; burning; stabbing**
Symptoms in feet/leg: burning; tingling; numbness; occasional
Timing/Duration Acute Constant; Chronic Constant
Relieving Factors: Standing; lying down sides
Aggravating Factors: lying down sides
Associated Symptoms: no weakness; no numbness; no tingling; no swelling; no redness; no warmth; no radiation to lower limb; no change in bowel/bladder habits; none
Work Related: Yes
Working: Short Term Disability by what physician:

## ROS

Patient reports **muscle aches, muscle weakness, and back pain**but reports no arthralgias/joint pain, no neck pain, and no swelling in the extremities. He reports no fever, no night sweats, no significant weight gain, and no significant weight loss. He reports no change in vision and no change in hearing. He reports no frequent nosebleeds and no nasal drainage/sinus problems. He reports no sore throat, no dry mouth, and no mouth ulcers. He reports no chest pain on exertion, no palpitations (no irregular heart beats), no shortness of breath on exertion, no shortness of breath when lying down, no light-headedness upon standing, and no known heart murmur. He reports no cough, no wheezing, and no shortness of breath. He reports no abdominal pain, no nausea/vomiting, no

**RADCLIFFE, RICHARD H (id #7744, dob: '1973)**

diarrhea, no constipation, no black or tarry stools, and no bowel incontinence. He reports no urinary incontinence, no difficulty urinating, no increased urinary frequency, and no blood in urine. He reports no rash, no areas of red patches, no discoloration, no itchy skin, and no dry skin. He reports no weakness, no numbness, no seizures, no dizziness, and no headaches/migraines. He reports no depression, no sleep disturbances/insomnia, no alcohol abuse, and no substance abuse. He reports no fatigue, no cold intolerance, no heat intolerance, and no hair growth/hair loss.

## Physical Exam

Patient is a 44-year-old male.

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Edema Right: none. Edema Left: none.

**Lumbar Spine:** Inspection: normal alignment. Bony Palpation of the Lumbar Spine: **Mild tenderness at the bilateral paramidline axial area at the lower lumbar level and L/S junction** and **of the bilateral sacral sulcus**. Bony Palpation of the Right Hip: **tenderness of the SI joint** Bony Palpation of the Left Hip: **tenderness of the SI joint** Soft Tissue Palpation on the Right: **tenderness of the paraspinal region at the lower lumbar level** Soft Tissue Palpation on the Left: **tenderness of the paraspinal region at the lower lumbar level**. Lumbar Range of Motion: **pain with lumbar range of motion**.

**Motor Strength:** L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5. L5 Motor Strength on the Right: ankle dorsiflexion tibialis anterior 5/5 and great toe extension extensor hallucis longus 5/5. L5 Motor Strength on the Left: ankle dorsiflexion tibialis anterior 5/5 and great toe extension extensor hallucis longus 5/5. S1 Motor Strength on the Right: plantar flexion gastrocnemius 5/5. S1 Motor Strength on the Left: plantar flexion gastrocnemius 5/5.

**Neurological System:** Ankle Reflex (S1) Right: **diminished (1)**. Ankle Reflex (S1) - Left: **diminished (1)**. Knee Reflex (L4) Right: **diminished (1)**. Knee Reflex (L4) Left: **diminished (1)**. Sensation on the Right: L3 normal, L4 normal, L5 normal, S1 normal, and normal distal limbs. Sensation on the Left: L3 normal, L4 normal, L5 normal, S1 normal, and normal distal limbs. Right Dural Tension Signs / Sacroiliac Joint Maneuvers: Straight leg raise is negative and Patrick/Faber test negative. Left Dural Tension Signs / Sacroiliac Joint Maneuvers: Strait leg raise is negative. Discogenic / Facetogenic Maneuvers **Facet loading is positive bilaterally**.

## Assessment / Plan

**1. Lumbosacral spondylosis without myelopathy -**

L3-4, L4-5, L5-S1

M47.817: Spondylosis without myelopathy or radiculopathy, lumbosacral region

**2. Spondylolysis -**

L5/ddx

M43.00: Spondylolysis, site unspecified

**3. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**Discussion Notes**

*I have not seen him since his L3 selective nerve root block on 4/2017. I had also referred him to spine surgeon at the time.

*He did have discectomy as well as had some scar tissue cleaned out since I saw him. He says that after the surgery he says that he did well and did therapy and everything was going well until he started getting severe burning pains in the lower back, knee and leg. He says that he is getting pain in both legs now.

*He apparently was also sent for another MRI and was told that he had some other pathology (stress fracture) that could be addressed but that he wanted to avoid a fusion on him and wanted us to try some additional procedures. the new MRI was done at John Randolph.

*Prior to above Mr. Radcliffe had b/l L3-4, L4-5, L5-S1 dx/ther blocks and he says he had 50% relief for about 4-5 days.

*He is s/p left L3, and L4 TFESI on 3/3/2017 and he had few weeks of great relief but the pain returned.

*We repeated his epidural on 4/14/2017 and he had about a week of relief but the pain came back.

*We did an EMG that did not show any active radiculopathy. Based on his his progressing symptoms I will need to set him up for a repeat EMG this time on both legs.

*He still reports slight numbness and tingling in the left foot but it is better. He also says the severe pain in the leg is better.

**RADCLIFFE, RICHARD H (id #7744, dob: /1973)**

*He previously received a steroid injection to the knee which did not help. ( HE has previously had knee issues that were followed by outside provider)

*I am goingto schedule him for b/l facet joint blocks at L4-5, L5-S1 dx/ther.

*Pending outcome we can do an epidural if needed. If neither of these help I am going to suggest SCS trial

*He has tried a limited number of medications including Ibuprofen and Hydrocodone in the past.

*I tried him on gabapentin. He says he gained about 12 lbs on this and he stopped taking this. He says his weight went back down. This was not helping him

*I will hold off on trying Lyrica on him

*He is taking ibuprofen and ALeve.

## Return to Office

- Hassan Zakaria for Zakaria EMG at OFFICE on 01/02/2018 at 11:20 AM
- Hassan Zakaria for Zakaria Procedure at OFFICE on 01/15/2018 at 01:50 PM

## Encounter Sign-Off

Encounter signed-off by Hassan Zakaria, 12/19/2017.

Encounter performed and documented by Hassan Zakaria
Encounter reviewed & signed by Hassan Zakaria on 12/19/2017 at 4:32pm