FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "N"

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-5127

February 15, 2018

Mr. Richard H. Radcliffe
JEFFERSON AVE
COLONIAL HEIGHTS, VA 23834

RE: Long Term Disability (LTD) Benefits
Rollins, Inc.
Claim #: 7308280

Dear Mr. Richard Radcliffe:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Rollins, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond April 28, 2018. Rollins, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

*Applicable to Class 1b:*

a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 2b:*

b. *if the Covered Person is eligible for the 12 Month Own Job benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own job; therafter: if the Covered Person is eligible for the Maximum Own Occupation benefit, "**Disability**" or "**Disabled**" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

*Applicable to Class 1a, 2a:*

*c. i. if the Covered Person is eligible for the 12 Month Own Occupation benefit, "**Disability**" or "**Disabled**" means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation, with respect to Class 1a and Own Job, with respect to Class 2a; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since April 29, 2017.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for lumbosacral spondylosis without myelopathy, lumbosacral radiculitis, pain left and right lower limbs, deep peroneal neuropathy, lesion of lateral popliteal nerve and your claim file contains the following medical documentation:

- medical records from Dr. Zakaria for 2/3/17 through 2/6/18

Dr. Zakaria provided a Restrictions and Limitations form dated 2/6/18 indicating that you have sedentary work capacity with additional restrictions of infrequent bending, and lifting no greater than 10 lbs. These restrictions were utilized to evaluate your capacity to perform Any Occupation, defined above.

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

Technical Skills:
- Knowledge of an assortment of tools and related equipment
- Adhere to object specifications or standards
- Ability to read measuring instruments
- Knowledge of toxins and chemicals
- Ability to complete repetitive tasks and work independently.

Communication Skills:
- Communicate effectively with others
- Ability to recognize problems/concerns
- Inform and consult with staff and customers
- Excellent customer service capabilities

Supervisory Skills:

- Assign, delegate and direct the work of others.
- Work with people and work under stress.
- Lead, oversee, and supervise the activities of others.
- Excellent reasoning abilities.
- Reviewing others'work for accuracy.
- Ability to train and teach others.

Based on this information you have the ability to perform the following occupation(s):

| Occupation | National Mean Monthly Wage |
|---|---|
| Assembler, Small Parts | $2698 |
| Security Reception/Badge Checker | $2478 |
| Cashier | $1807 |
| Information Clerk | $2427 |
| Order Clerk | $2930 |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Rollins, Inc.'s definition of disability beyond April 29, 2018 and we must deny your claim for further benefit consideration. Benefits will be paid through April 28, 2018, and your claim is closed as of April 29, 2018.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

A copy of all outstanding office visit notes, diagnostic test results, and procedure reports from January 29, 2017 to the date you confirm your appeal is complete from Dr. Vipool Goradia, Dr. Rick Placide, Dr. Hassan Zakaria and John Randolph Medical Center and any other treating providers, and a complete list of restrictions and limitations that would preclude you from your any occupation from all specialists; as well as any additional information which you feel will support your claim continuously beyond April 28, 2018.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Roberto
Dis Claims Ltd Case Mgr I
Phone No.: (800) 210-0268 Ext. 16285
Secure Fax No.: (603) 334-5127