FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "O"

PO Box 66400 ·London, KY 40742
Office: 603-310-2553
SDN 8-632-0103
Fax: 888-370-2237
lori.ashworth@LibertyMutual.com

# TRANSFERABLE SKILLS ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Richard Radcliffe |
| **Claim Number:** | 7308280 |
| **Disability Case Manager:** | Lisa Roberto |
| **Date of Report:** | February 12, 2018 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS
Mr. Radcliffe is a 44-year-old Pest Control Specialist employed by Rollins, Inc. who went out of work on 1/29/2017 due to lumbosacral sponylosis without myelopathy. I have reviewed the claim file and researched standard vocational resources including the Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, Guide for Occupational Exploration (GOE) and Internet job boards.

### PHYSICAL CAPACITIES
The following medical information was reviewed as part of this assessment per Disability Case Manager instruction:

- 2/6/2018 restrictions form by Hassan Zakaria, M.D., Occupational Medicine

### EDUCATION
Mr. Radcliffe's education and work history was outlined on the Training, Education and Experience (TE&E) form he submitted as part of his claim file. He is a high school graduate and completed a medical assistant certification.

### WORK HISTORY

| | | | |
|---|---|---|---|
| Pest Control Specialist | Rollins, Inc. | Provide corrective and preventive pest control services to assigned customers. Drive assigned company vehicle to customer location. Prepare service kit. Mix necessary chemicals according to label instruction. Meet customer. Answer any questions regarding Service Agreement. Get service agreement signed and appropriate paperwork | 2009-2017 |

| | | | |
|---|---|---|---|
| | | signed. Apply the appropriate insecticide according to the label directions. | |
| Technician | Pet Master | Treat house and businesses for termites. | 2006-2009 |
| Technician | Houchins | Treat houses and businesses for pests. | 2000-2006 |
| Warehouse Loader/ Manager | Schwans | Load and unload trucks and manage. | 1996-2000 |

Mr. Radcliffe's computer skills include internet and email.

## ASSESSMENT / ANALYSIS

### TRANSFERABLE SKILLS

Through his work, education, training and/or life experience, the following are some of the skills demonstrated by Mr. Radcliffe.

Technical Skills:

- Knowledge of an assortment of tools and related equipment
- Adhere to object specifications or standards
- Ability to read measuring instruments
- Knowledge of toxins and chemicals
- Ability to complete repetitive tasks and work independently.

Communication Skills:

- Communicate effectively with others
- Ability to recognize problems/concerns
- Inform and consult with staff and customers
- Excellent customer service capabilities

Supervisory Skills:

- Assign, delegate and direct the work of others.
- Work with people and work under stress.
- Lead, oversee, and supervise the activities of others.
- Excellent reasoning abilities.
- Reviewing others' work for accuracy.
- Ability to train and teach others.

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS

The following occupations were identified as being within Mr. Radcliffe's education, training and physical capacities. The occupations require an equal or lower level of skill than Mr. Radcliffe's occupation as a Pest Control Specialist.

Wage information is based on information from the 2016 Bureau of Labor Statistics national wage data. Mean national wages are provided for the additional alternative occupations identified.

| Occupation | National Mean Monthly Wage |
|---|---|
| Assembler, Small Parts | $2698 |
| Security Reception/Badge Checker | $2478 |
| Cashier | $1807 |
| Information Clerk | $2427 |
| Order Clerk | $2930 |

I have not met with Mr. Radcliffe for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Lori Ashworth, MEd, CRC, CVRP
Senior Vocational Rehabilitation Consultant
Liberty Mutual Vocational Rehabilitation