FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "P"

**Encounter Date: 05/02/2018**

## Patient

| | | | |
|---|---|---|---|
| **Name** | RADCLIFFE, RICHARD (44yo, M) ID# 7744 | **Appt. Date/Time** | 05/02/2018 11:40AM |
| **DOB** | /1973 | **Service Dept.** | OFFICE |
| **Provider** | HASSAN ZAKARIA | | |
| **Insurance** | Med Primary: BCBS-VA (PPO)<br>Insurance # : RNGAN3095222<br>Policy/Group # : 006000505AACP003<br>PCP : WALTON, GEORGE, MD<br>Referring Provider Name : PLACIDE, RICK<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Low back/L-spine problem

Patient being seen for a follow up for back pain

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** WALTON, GEORGE, MD: 12101 S CHALKLEY RD, CHESTER, VA 23831, Ph (804) 796-3636, Fax (804) 796-3457
**Referring Provider (Primary Insurance):** PLACIDE, RICK: 1115 BOULDERS PKWY, SUITE 100, RICHMOND, VA 23225, Ph (804) 320-1339, Fax (804) 915-1939

## Patient's Pharmacies

**CVS/PHARMACY #1542 (ERX): 629 COLONIAL HEIGHTS BLVD, COLONIAL HEIGHTS VA 23834, Ph (804) 526-3506, Fax (804) 526-2953**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 05/02/2018 12:20 pm | **BP:** | 158/108 sitting R wrist 05/02/2018 12:30 pm | **Pulse:** | 112 bpm regular 05/02/2018 12:30 pm |
| **Pain Scale:** | 8 05/02/2018 12:30 pm | **Pain Scale Type:** | Numeric 05/02/2018 12:21 pm | | |

## Allergies

Reviewed Allergies

**CODEINE**: Confusion (Mild to moderate)

**PENICILLINS**: Rash (Mild)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Ativan 2 mg/mL injection solution**<br>Take 1 mL by injection route as directed. | 04/02/18 | administered |
| **diclofenac sodium 75 mg tablet,delayed release**<br>1 tablet twice daily | 04/17/18 | renewed |
| **ibuprofen 800 mg tablet** | 02/03/17 | entered |
| **Lyrica 150 mg capsule**<br>Take 1 capsule(s) twice a day by oral route for 30 days. | 05/02/18 | prescribed |
| **oxyCODONE-acetaminophen** | 12/19/17 | entered |
| **Prevacid** | 01/15/18 | entered |

reviewed by patient on 4/2/2018 kr

## Problems

Reviewed Problems

- Complex regional pain syndrome, type I - Onset: 05/02/2018
- Chronic pain syndrome - Onset: 05/02/2018
- Lumbosacral spondylosis without myelopathy - Onset: 04/25/2017
- Lumbar radiculopathy - Onset: 03/30/2017
- Lumbosacral radiculitis - Onset: 05/02/2018
- Primary fibromyalgia syndrome - Onset: 05/02/2018

## Family History

Reviewed Family History

## Social History

Reviewed Social History
**Pain and Pain Questionnaire**
Smoking Status: Former smoker
Tobacco-years of use: 22
Are you currently employed?: Y
Are you allergic to latex?: N
Are you allergic to shellfish?: N
Alcohol intake: Occasional
Marital status: Married
Work related injury?: N
Are you allergic to Iodine or IVP dye?: N
Are you allergic to seafood?: N
Are you allergic to betadine: N
1. Pain Intensity: 3 - Pain killers give me moderate relief from pain
2. Personal Care: 0 - I can look after myself normally without causing extra pain
3. Lifting: 3- Pain prevents me from lifting heavy weights but I can manage light weights if conveniently positioned
4. Walking: 2 - Pain prevents me from walking more than 1/2 mile
5. Sitting: 2 - Pain prevents me from sitting for more than an hour
6. Standing: 2 - Pain prevents me from standing more than 1 hour
7. Sleeping: 1 - I sleep well but only when taking medication
8. Social life: 4 - Pain has restricted my social life to my home
9. Changing Degree of Pain: 4 - My pain is gradually worsening
10. Travelling: 3 - Pain restricts me to journeys less than 1 hour

## Surgical History

Reviewed Surgical History
- Spine Interventions - 04/02/2018 - Bilateral S1 Transforaminal Epidural Steroid Injection
- Spine Interventions - 01/15/2018 - BILATERAL L4-5 AND L5-S1 FACET JOINT BLOCK DIAGNOSTIC/THERAPEUTIC
- EMG/NCS - 01/02/2018 - EMG/NERVE CONDUCTION STUDY OF LOWER LIMBS
- Spine Interventions - 06/09/2017 - Left L3 Selective Nerve Root Block
- Spine Interventions - 05/01/2017 - Bilateral L3-4, L4-5, and L5-S1 facet joint block diagnostic/therapeutic
- Spine Interventions - 03/03/2017 - Left L3 and L4 Transforaminal Epidural Steroid Injection
- Back Surgery - 01/01/2017
- Orthopedic Surgery - 01/01/1991
- Orthopedic Surgery - 01/01/1990
- Orthopedic Surgery - 01/01/1988
- Fracture Surgery - 01/01/1987
- Fracture Surgery - 01/01/1986

## Past Medical History

Reviewed Past Medical History
GERD/Reflux: **Y**

## Screening

None recorded.

## HPI

* **Lower Back Pain - follow up**
Reported by patient.

Previous/Current Diagnosis: **Bilateral L4-L5, L5-S1 Lumbar Facet Joint Arthritis; Left L3 Lumbosacral Radiculopathy**
Recent Interventions: Procedure(s) Spine Injection: **(01/15/2018 BILATERAL L4-5 AND L5-S1 FACET JOINT BLOCK DIAGNOSTIC/THERAPEUTIC**
**4/02/2018 BILATERAL S1 TRANSFORAMINAL STEROID INJECTION)**
Improvement since last visit: Injection/Procedure from the last visit helped 10% **(Gave patient relief for 24hrs)**; ADLs, sleep, and emotions since the last visit are unchanged
Current Severity: Targeted pain in the lower back has worsened; severe: 8
Previous Interventions/Injections: Lumbar Transforaminal Epidural Steroid Injections Left L3 dated: **(3/3/17 Left L3 and L4**
**4/14/17 Left L3 and L4**
**04/02/2018 Bilateral S1)**; Lumbar Facet Joint Injections diagnostic and therapeutic bilateral **(5/1/17 L3-4 L4-5 L5-S1 Diagnostic/Therpaeutic 01/15/2018)**; ; 6/9/17 Selective Nerve Root Block

RADCLIFFE, RICHARD H (id #7744, dob: /1973)

Previous Imaging/Diagnostic Testing: No recent studies within the last 6 months
Current Medications: NSAIDs: (**ibuprofen**)
Current Pain Radiation **Pain radiates across the lower back; Pain radiates to left anteromedial thigh and medial leg (L4 dermatome)**
Currrent Quality: Pain described as **aching; sharp; burning; stabbing**
Symptoms in feet/leg: burning; tingling (**both legs**); numbness (**both legs**); shooting pain has moved to right leg and foot so now patient has pain in both legs
Timing/Duration Acute Constant; Chronic Constant
Relieving Factors: Standing; lying down sides
Aggravating Factors: lying down sides
Associated Symptoms: no weakness; no numbness; no tingling; no swelling; no redness; no warmth; no change in bowel/bladder habits; **radiation to lower limbs (both legs)**; none
Work Related: Yes
Working: Short Term Disability by what physician:

## ROS

Patient reports **weight loss (10 )lbs** but reports no fever and no night sweats. He reports **chest pain on exertion** but reports no palpitations (no irregular heart beats), no shortness of breath on exertion, no shortness of breath when lying down, no light-headedness upon standing, and no known heart murmur. He reports **abdominal pain, diarrhea, and constipation** but reports no nausea/vomiting, no black or tarry stools, and no bowel incontinence. He reports **back pain and swelling in the extremities** but reports no muscle aches, no muscle weakness, no arthralgias/joint pain, and no neck pain. He reports **weakness, numbness, and frequent or severe headaches/migraines** but reports no seizures and no dizziness. He reports **depression and sleep disturbances/insomnia** but reports no alcohol abuse and no substance abuse. He reports **fatigue** but reports no cold intolerance, no heat intolerance, and no hair growth/hair loss. He reports no change in vision and no change in hearing. He reports no frequent nosebleeds and no nasal drainage/sinus problems. He reports no sore throat, no dry mouth, and no mouth ulcers. He reports no cough and no wheezing. He reports no urinary incontinence, no difficulty urinating, no increased urinary frequency, and no blood in urine. He reports no rash, no areas of red patches, no discoloration, no itchy skin, and no dry skin.

## Physical Exam

Patient is a 44-year-old male.

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Edema Right: none. Edema Left: none.

**Lumbar Spine:** Inspection: normal alignment. Bony Palpation of the Lumbar Spine: **Mild tenderness at the bilateral paramidline axial area at the lower lumbar level and L/S junction** and **of the bilateral sacral sulcus.** Bony Palpation of the Right Hip: **tenderness of the SI joint**. Bony Palpation of the Left Hip: **tenderness of the SI joint**. Soft Tissue Palpation on the Right: **tenderness of the paraspinal region at the lower lumbar level.** Soft Tissue Palpation on the Left: **tenderness of the paraspinal region at the lower lumbar level.** Lumbar Range of Motion: **pain with lumbar range of motion.**

**Motor Strength:** L1 Motor Strength on the Right: hip flexion iliopsoas 5/5. L1 Motor Strength on the Left: hip flexion iliopsoas 5/5. L2-L4 Motor Strength on the Right: knee extension quadriceps 5/5. L2-L4 Motor Strength on the Left: knee extension quadriceps 5/5. L5 Motor Strength on the Right: ankle dorsiflexion tibialis anterior 5/5 and great toe extension extensor hallucis longus 5/5. L5 Motor Strength on the Left: ankle dorsiflexion tibialis anterior 5/5 and great toe extension extensor hallucis longus 5/5. S1 Motor Strength on the Right: plantar flexion gastrocnemius 5/5. S1 Motor Strength on the Left: plantar flexion gastrocnemius 5/5.

**Neurological System:** Ankle Reflex (S1) Right: **diminished (1).** Ankle Reflex (S1) - Left: **diminished (1).** Knee Reflex (L4) Right: **diminished (1).** Knee Reflex (L4) Left: **diminished (1).** Sensation on the Right: L3 normal, L4 normal, L5 normal, S1 normal, and normal distal limbs. Sensation on the Left: L3 normal, L4 normal, L5 normal, S1 normal, and normal distal limbs. Right Dural Tension Signs / Sacroiliac Joint Maneuvers: Straight leg raise is negative and Patrick/Faber test negative. Left Dural Tension Signs / Sacroiliac Joint Maneuvers: Straight leg raise is negative. Discogenic / Facetogenic Maneuvers **Facet loading is positive bilaterally.**

## Assessment / Plan

**1. Lumbosacral radiculitis -**

M54.17: Radiculopathy, lumbosacral region

**2. Primary fibromyalgia syndrome**
M79.7: Fibromyalgia
- Lyrica 150 mg capsule - Take 1 capsule(s) twice a day by oral route for 30 days. Qty: 60 capsule(s) Refills: 2 Pharmacy: CVS/PHARMACY #1542

**3. Complex regional pain syndrome, type I -**

possibility based n the progression of symptoms despite lack of objective evidence of worsening

M89.00: Algoneurodystrophy, unspecified site

**4. Chronic pain syndrome**
G89.4: Chronic pain syndrome

**Discussion Notes**

*he has been reporting more pain down the right leg. The last MRI does not show anything that I think would account for right leg pain. He now has b/l radicular symptoms and leg pain

*We recently performed b/l S1 epidural on 4/2/2018 and he did not get any relief.

*We have tried him both Gabapentin. This caused him to gain a great deal weight. I am going to try him on some Lyrica (samples provided) and get him an rx for this.

*We recently performed an EMG on him as well as conducted b/l L4-5, L5-S1 facet blocks on 1/15/2018. His facet blocks did not help.

*His EMG showed late responses finding that may be c/w sciatic nerve as well as peroneal neuropathy likely due to his previous injury (not acute )

*He is reporting more pain in the low back as well as pain in the b/l lower extremity. He is reporting burning and severe pain in both legs and feet. He says that walking will bring about the pain as well as sitting and driving.

*We did a L3 selective nerve root block on 4/2017. I had also referred him to spine surgeon at the time and eventually ended up having discectomy as well as had some scar tissue cleaned out since I saw him. He says that after the surgery he says that he did well and did therapy and everything was going well until he started getting severe burning pains in the lower back, knee and leg.

*He apparently was also sent for another MRI and was told that he had some other pathology (stress fracture) that could be addressed but that he wanted to avoid a fusion on him and wanted us to try some additional procedures. The new MRI was done at John Randolph. he does not want additional surgery and would like to go forward with an SCS trial.

*He is on diclofenac sodium BID. I would avoid narcotics in this case. He is not working and has been very sedentary.

*Prior to above surgery Mr. Radcliffe had b/l L3-4, L4-5, L5-S1 dx/ther blocks and he says he had 50% relief for about 4-5 days.

*He is s/p left L3, and L4 TFESI on 3/3/2017 and he had few weeks of great relief but the pain returned.

*We repeated his epidural on 4/14/2017 and he had about a week of relief but the pain came back.

*He previously received a steroid injection to the knee which did not help. ( HE has previously had knee issues that were followed by outside provider)

*He has tried a limited number of medications including Ibuprofen and Hydrocodone in the past.

*We will move forward with psych evaluation and planning on SCS trial.

## Return to Office

None recorded.

## Encounter Sign-Off

Encounter signed-off by Hassan Zakaria, 05/02/2018.

Encounter performed and documented by Hassan Zakaria
Encounter reviewed & signed by Hassan Zakaria on 05/02/2018 at 1:00pm

Pain & Spine

Date: 05/02/2018
Richard Radcliffe
Patient DOB: /1973

Phone:
Address: Jefferson Ave,
COLONIAL HEIGHTS, VA
23834-3860

# Pain Assessment



What is the pain at its worst?

10 out of 10