FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "Q"

BH
BURKE HARVEY LLC
www.BurkeHarvey.com
Attorneys Licensed in: AL, GA, MS, NY, TN, TX

**Peter H. Burke**
**Writer's Direct No.: 205.747.1901**
**Writer's E-mail: pburke@burkeharvey.com**

**Please respond to the Birmingham office**

August 13, 2018

**SENT VIA FACSIMILE AND US MAIL**

The Liberty Life Assurance Company of Boston
Attn: Appeals Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

**RE: RICHARD H. RADCLIFFE**
**CLAIM NO.: 7308280**

Dear Sir or Madam:

Please consider this notice of our appeal of the denial of long-term disability benefits to Richard Radcliffe. Liberty Mutual originally granted LTD benefits to Mr. Radcliffe commencing April 29, 2017. Although he remained disabled and unable to perform the material duties of his own occupation, by letter dated February 15, 2018, Liberty Mutual informed Mr. Radcliffe of its erroneous decision to deny benefits. Liberty Mutual claimed Mr. Radcliffe was capable of sedentary work and could perform other occupations and paid benefits through April 28, 2018.

Enclosed for review on this appeal are the following: (1) records from Dr. Hassan Zakaria; (2) Pharmacy Records; (3) Declarations from Richard Radcliffe, Mary Radcliffe and Kenneth Radcliff; and (4) a pain diary. Also, additional treatment records have been requested and will be submitted upon receipt as they should be considered in Mr. Radcliffe's appeal.

The insurance contract at issue is subject to the ERISA statute. The traditionally held purpose of the ERISA statute is "to promote the interest of employees and their beneficiaries in employee benefit plans." Instead of acting as a statutory fiduciary, based on the handling of Mr. Radcliffe's claim thus far, it appears Liberty Mutual is engaging in utterly reprehensible claim handling procedures. As described in more detail below, Liberty Mutual's denial of benefits payable to Mr. Radcliffe was erroneous.

Mr. Radcliffe suffers from continuous lower back pain because of lumbar radiculopathy, displacement of lumbar intervertebral disc, and lumbosacral spondylosis. All of these lower back conditions cause Mr. Radcliffe to experience shooting pain in his lower back and down his legs. At times, it feels as if his foot is on fire. Further, Mr. Radcliffe has maintained a diary documenting fatigue, pain and stress, from the end of March 2018 up through the present. This pain diary shows in detail what Mr. Radcliffe experiences daily. His comments, or descriptors, provide further insight into his daily tribulations.

Mr. Radcliffe no longer sleeps in his bed but is forced to seek relief by spending his time in a recliner. Although at times spinal injections have provided temporary relief, he continues to live in constant pain. Mr. Radcliffe's declaration clearly shows he cannot walk long distances or sit in a car for any length of time, and that he uses the assistance of a cane to ambulate. Back surgery and physical therapy have not provided any relief to Mr. Radcliffe and he is now pursuing the implantation of a spinal cord stimulator. These comments are buttressed with the declarations of his wife, Mary Radcliffe, and his cousin, Kenneth Radcliffe, who has moved into Mr. Radcliffe's household to act as a surrogate caretaker.

In conclusion, given his current physical limitations it would be impossible for Mr. Radcliffe to perform any job on a full-time basis. Accordingly, Liberty Mutual should reinstate Mr. Radcliffe's benefits which have been erroneously denied.

Very truly yours,

Peter H. Burke

PHB/mlr
Enclosures
cc: Richard H. Radcliffe