FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "R"

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 11:28 AM
[illegible]

From: [illegible]
To: Fr 08/10/2018 - 11:05 AM
Duration: 1 d 23 h 35 m

**Happiness:** ☹

Pain Intensity (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 9.9/10



**Descriptors:**

- burning
- tender
- pressing
- throbbing
- sharp
- stabbing

**Comments:**

Knee is swelling and burning pain in both legs lower back and feet still using a cane just to get around the house

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries CatchMyPain.com/professionals* sanovation.

# Are You a Medical Professional?




It's about time, patients become co-authors of their medical records.
Learn more on www.CatchMyPain.com/professionals


**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
Entry: 2 / 30

From: Tu 07/31/2018 - 09:55 AM
To: We 08/08/2018 - 11:30 AM
Duration: 8 d 1 h 35 m

Happiness: ☹

| | |
|---|---|
| **Pain Intensity (VAS):** | 9.1/10 |
| **Stress:** | 10/10 |
| **Fatigue:** | 10/10 |









**Descriptors:**

- burning
- stabbing
- pressing
- throbbing
- sharp
- tingling
- shooting

**Comments:**

Pain is intense every day is a struggle just to do anything!!

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 11:28 AM
[illegible]

[illegible]
To: Tu 07/31/2018 - 09:55 AM
Duration: 3 d 21 h 5 m

**Happiness:** 😐

Pain intensity (VAS): [illegible]
**Stress:** 8.6/10
**Fatigue:** 8.6/10



**Descriptors:**

- burning
- throbbing
- sharp
- shooting
- tender

**Comments:**

The spinal cord stimulator seems to help some with the nerve pain in my legs but doesn't do anything for my lower back pain or the pain in my feet

**CatchMyPain.com**
Your Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11 28 AM
[illegible]

[illegible]
To: Fr 07/27/2018 - 12:50 PM
Duration: 2 d 5 h 5 m

**Happiness:** ☹

Pain Intensity (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 9.1/10



**Descriptors:**

- agonizing
- stabbing
- burning
- tender
- pounding
- throbbing
- shooting

**Comments:**

Pain seems to get worse day by day!!

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries:* ***CatchMyPain.com/professionals*** sanovation

CatchMyPain.com
The Pain Diary

User: Proudpaps
Export: 08/10/2018 - 11:28 AM
Entry [illegible]

From: [illegible]
To: We 07/25/2018 - 07:45 AM
Duration: 5 d 45 m

**Happiness:** ☹

Pain Intensity (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 10/10



**Descriptors:**

- agonizing
- tender
- burning
- throbbing
- sharp
- stabbing

**Comments:**

The pain is intense been using my Cane just to walk around the house(usually use it mostly when out of the house).The weather has been messy rainy for 5 days which increases my pain!

CatchMyPain.com
The Pain Diary

User. Proudpapa
Export. 08/10/2018 - 11:28 AM
Entry [illegible]

From: [illegible]
To: Fr 07/20/2018 - 07:00 AM
Duration: 4 d 21 h 30 m

**Happiness:**

Pain Intensity (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 9.4/10



**Descriptors:**

- burning
- tender
- hot
- throbbing
- sharp
- stabbing

**Comments:**

Feet have been burning and cramping lower back burning and pain radiating down both legs!

Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals

sanovation

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

[illegible]
To: Su 07/15/2018 - 09:30 AM
Duration: 6 d 16 h 25 m

**Happiness:**

[illegible]
**Stress:** 9.8/10
**Fatigue:** 8.7/10



**Descriptors:**

- burning
- throbbing
- shooting
- tingling
- stabbing
- tender

**Comments:**

Still in pain and tired of not being able to do anything!! I feel like a failure and useless!!

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals* sanovation

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

[illegible]
To: Su 07/08/2018 - 05:05 PM
Duration: 4 d

**Happiness:** ☹

Pain Intensity (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 8.7/10



**Descriptors:**

- agonizing
- burning
- stabbing
- tender
- throbbing

**Comments:**

Still in pain!!My spinal cord stimulator trial is on July 27 and I can't wait!!!!

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals* sanovation

**CatchMyPain**.com

User: Proudpapa
Export. 08/10/2018 - 11:28 AM
[illegible]

[illegible]
To: We 07/04/2018 - 05:05 PM
Duration: 6 d 5 m

**Happiness:** ☹

[illegible] [illegible]
**Stress:** 10/10
**Fatigue:** 8.5/10



**Descriptors:**

- agonizing
- stabbing
- burning
- tender
- sharp
- throbbing
- shooting

**Comments:**

Still in pain!!

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries:* ***CatchMyPain.com/professionals***

sanovation.

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM

From: We [illegible] - [illegible]
To: Th 06/28/2018 - 09:35 AM
Duration: 8 d 5 m

**Happiness:** ☹

Pain intensity (VAS): [illegible]/10
**Stress:** 10/10
**Fatigue:** 10/10



**Descriptors:**

- burning
- throbbing
- stabbing
- swelling
- tender

**Comments:**

Knees and feet swelling and burning

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries CatchMyPain.com/professionals* sanovation

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
Entry: [illegible]

From: [illegible]
To: We 06/20/2018 - 09:30 AM
Duration: 2 d 15 h

**Happiness:** ☹

Pain Intensity (NRS): [illegible]
**Stress:** 10/10
**Fatigue:** 9.6/10



**Descriptors:**

- burning
- sharp
- tender
- throbbing

**Comments:**

Just hurting!!!!

Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals sanovation.

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 11:28 AM
Entry: [illegible]

From: [illegible]
To: Sa 06/16/2018 - 08:50 PM
Duration: 2 d 23 h 30 m

**Happiness:** ☹

Pain Intensity (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 10/10



**Descriptors:**

- burning
- throbbing
- shooting
- stabbing
- tender

**Comments:**

Feet are swelling along with my knees and pain down both legs and lower back!

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals* sanovation

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

[illegible]
To: We 06/13/2018 - 09:20 PM
Duration: 1 d 7 h 55 m

**Happiness:** ☹

| | |
|---|---|
| Pain Intensity (VAS): | [illegible] |
| **Stress:** | 10/10 |
| **Fatigue:** | 10/10 |



**Descriptors:**

- burning
- throbbing
- hot
- stabbing
- tender

**Comments:**

Feet are swelling and burning nothing helps can't sleep!!!!

Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals sanovation

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:20 AM
[illegible]

[illegible]
To: Tu 06/12/2018 - 01:25 PM
Duration: 1 d 18 h 20 m

**Happiness:**

[illegible] (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 6.1/10



**Descriptors:**

- burning
- stabbing
- tender
- throbbing

**Comments:**

Went to do doctor yesterday for my high blood pressure issues and my anxiety.Doctor put me on anxiety pills and said blood pressure and anxiety were coming from my pain

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 11:28 AM
[illegible]

[illegible]
To: Su 06/10/2018 - 07:05 PM
Duration: 5 d 9 h

**Happiness:**

[illegible]
**Stress:** 9.4/10
**Fatigue:** 9.7/10



CatchMyPain.com
The Pain Diary

User: Proudpapa
Record: 08/10/2018 - 11:28 AM

Descriptors:

- agonizing
- tender
- burning
- throbbing
- punishing
- shooting

Comments:

Pain is getting worse doctor took me off of lyrica and put me on cymbalta.I had my meeting about the spinal cord stimulator and going to have it done but was told still my have to have a bone fusion surgery to repair my lower lumbar stress fracture.My blood pressure is sky high and I'm having server anxiety issues and are going to the doctor tomorrow 6/11/18 to fix these issues

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals* sanovation

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 06/10/2018 - 11:28 AM
[illegible]

From: [illegible]
To: Tu 06/05/2018 - 10:05 AM
Duration: 4 d 3 h 40 m

Happiness: ☹

Pain Intensity (VAS): [illegible]
Stress: 10/10
Fatigue: 9.3/10



**Descriptors:**

- burning
- tender
- pounding
- wavelike
- punishing
- shooting

**Comments:**

Pain has been very bad lately!!Blood pressure is high!! I haven't heard anything from my doctor about the stimulator trial of about putting me on something else to help with the nerve pain and I'm getting very frustrated!!!

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export. 06/10/2018 - 11:28 AM
[illegible]

From: [illegible]
To: Fr 06/01/2018 - 06:25 AM
Duration. 11 d 10 h

Happiness:

| | |
|---|---|
| Pain Intensity (VAS) | [illegible] |
| Stress: | 10/10 |
| Fatigue: | 7.3/10 |



**Descriptors:**

- burning
- punishing
- tender
- throbbing

**Comments:**

Pain is Intensifying have heard nothing about my surgery and called doctor and still have not been put on any new medication for pain

CatchMyPain.com
[illegible]

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

From: [illegible]
To: Su 05/20/2018 - 08:25 PM
Duration: 11 d 23 h 55 m

**Happiness:** ☹

Pain Intensity (VAS): [illegible]
**Stress:** 10/10
**Fatigue:** 8.6/10



**Descriptors:**

- agonizing
- sharp
- throbbing
- burning
- shooting
- gnawing
- stabbing
- heavy
- stinging

**Comments:**

Pain is getting worse haven't heard nothing about the stimulator and I had to stop taking the lyrica due to the way they made me feel no other meds for pain!!!!!!

CatchMyPain.com

User: Proudpapa
Export: 06/10/2018 - 11:28 AM
[illegible]

From: [illegible]
To: Tu 05/08/2018 - 08:30 PM
Duration: 4 d 23 h 50 m

**Happiness:** Not defined

| | |
|---|---|
| Pain Intensity (VAS) | [illegible]/10 |
| **Stress:** | 10/10 |
| **Fatigue:** | 7.9/10 |



**Descriptors:**

- agonizing
- burning
- throbbing

**Comments:**

Pain continues to get worse and not sure if the lyrica is working just seems to make me feel foggy and tired all day

CatchMyPain.com

User: Proudpapa
Export 08/10/2018 11:28 AM
[illegible]

[illegible]
To: Th 05/03/2018 - 08:40 PM
Duration: 8 d 7 h 50 m

**Happiness:** ☹

[illegible]
**Stress:** 10/10
**Fatigue:** 8.8/10



**Descriptors:**

- burning
- shooting
- tender
- throbbing

**Comments:**

Pain is getting worse!Went to doctor for a follow up and was put on a new medication Lyrica for nerve pain.Doctor is going to do a Neurostimulator trial to see if a implant will help!

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:26 AM
[illegible]

[illegible]
To: We 04/25/2018 - 12:50 PM
Duration: 6 d 9 h 20 m

**Happiness:** Not defined

[illegible] (VAS) [illegible]
**Stress:** 10/10
**Fatigue:** 5.2/10



**Descriptors:**

- agonizing
- burning
- exhausting
- stabbing
- throbbing

**Comments:**

I try to do small things around the house but just doing a few things the pain just gets worse I'm so stressed and depressed

**CatchMyPain**.com
[illegible]

User: Proudpapa
Export: 06/10/2018 - 11:28 AM
[illegible]

[illegible]
To: Th 04/19/2018 - 03:30 AM
Duration: 8 d 19 h 30 m

**Happiness:**

[illegible] [illegible]
**Stress:** 10/10
**Fatigue:** 7.8/10



**Descriptors:**

- agonizing
- burning
- shooting
- splitting
- tender

**Comments:**

Nothing seems to help not the injections the pills they gave me don't due much and I take ibuprofen like candy!!!!!

Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals sanovation

08/13/2018 MON 10:12 FAX ☐071/086

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

[illegible]
To: Tu 04/10/2018 - 08:00 AM
Duration: 4 d 23 h 20 m

**Happiness:** ☹

| | |
|---|---|
| [illegible] | [illegible] |
| **Stress:** | 9.5/10 |
| **Fatigue:** | 4.4/10 |



**Descriptors:**

- agonizing
- stabbing
- burning
- throbbing
- exhausting
- shooting

**Comments:**

I sit in the house and don't do much but sit in my recliner and watch tv but still constantly hurt

Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals sanovation

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

From: We [illegible]
To: Th 04/05/2018 - 08:40 AM
Duration: 1 d 3 h

Happiness:

Pain Intensity (VAS): [illegible]
**Stress:** 8.7/10
**Fatigue:** 5.2/10



**Descriptors:**

- burning
- stabbing
- throbbing

**Comments:**

The injections are wearing off and the pain is intensifying due to doing more while the injections were helping

*Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals* sanovation.

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
Entry [illegible]

From: Mo 04/02/2018 - [illegible]
To: Tu 04/03/2018 - 09:50 AM
Duration: 1 d 4 h

**Happiness:** Not defined

Pain Intensity (VAS): [illegible]
**Stress:** 6.6/10
**Fatigue:** 4.5/10



**Descriptors:**

- burning
- hot
- throbbing

**Comments:**

Had a appointment today for spinal injections that really only work for about 24 to 48 hrs really not worth the trouble money or the agony!!

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

From: [illegible]
To: Su 04/01/2018 - 10.59 PM
Duration: 23 h 59 m

**Happiness:** ☹

Pain intensity (VAS): [illegible]
**Stress:** 9.6/10
**Fatigue:** 8.2/10



**Descriptors:**

- agonizing
- pounding
- burning
- shooting
- exhausting
- stabbing
- heavy
- throbbing

**Comments:**

Well in a lot of pain today but that's what happens when I go out and try and be a normal person!!!

Are You a Medical Professional? Connect with Your Patients' Pain Diaries CatchMyPain.com/professionals sanovation.

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:26 AM
[illegible]

---

| | | | |
|---|---|---|---|
| [illegible] | | [illegible] | [illegible] |
| To: Sa 03/31/2018 - 05:00 AM | **Happiness:** 😐 | **Stress:** | 5.5/10 |
| Duration: 1 d 6 h | | **Fatigue:** | 2.8/10 |



**Descriptors:**

- burning
- throbbing

**Comments:**

Going to attempt to get out of the house tonight

Are You a Medical Professional? Connect with Your Patients' Pain Diaries CatchMyPain.com/professionals sanovation

**CatchMyPain**.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

---

From: [illegible]
To: Fr 03/30/2018 - 06:45 AM
Duration: 1 d 7 h 45 m

**Happiness:** 😐

Pain Intensity (VAS): [illegible]
**Stress:** 8/10
**Fatigue:** 5.3/10



**Descriptors:**

- burning
- throbbing

**Comments:**

Another day just trying to do something productive around the house but in a lot of pain but trying

CatchMyPain.com
The Pain Diary

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

[illegible]
To: Th 03/29/2018 - 10:59 PM
Duration: 23 h 59 m

**Happiness:** 😐

Pain intensity (VAS): [illegible]
**Stress:** Not defined
**Fatigue:** Not defined



**Descriptors:**

- burning
- throbbing

**Comments:**

Burning and stabbing in lower back down both legs and feet having trouble walking without my cane

Are You a Medical Professional? Connect with Your Patients' Pain Diaries: CatchMyPain.com/professionals sanovation.

CatchMyPain.com

User: Proudpapa
Export: 08/10/2018 - 11:28 AM
[illegible]

[illegible]
To: We 03/28/2018 - 01:40 PM
Duration: 432 d 7 h 40 m

**Happiness:** ☹

Pain Intensity (VAS): [illegible]
**Stress:** 9.9/10
**Fatigue:** 8.8/10



**Descriptors:**

- agonizing
- shooting
- burning
- stabbing
- exhausting
- throbbing
- heavy

**Comments:**

I was in severe pain off and on during this time.Was unable to walk for a while without assistance had numerous spine injections and a back surgery which really didn't help