FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "T"

MES
SOLUTIONS
SINCE 1978

Peer Review Services

# INVOICE

9/6/2018

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Toomasi, Yasmine
Referral Date: 8/27/2018

Claimant: Richard H. Radcliffe
Client Claim #: 7308280
Invoice #: 660616
Pages Reviewed: 283

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Physical Medicine & Rehabilitation | 300 | $1050.00 |
| | | **Total Billable Amount:** | **$1050.00** |

**Reviewer(s):** Emad, Behzad

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

MES
Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 8/27/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Richard H. Radcliffe | **Group/Policy/ Claim Number:** | 7308280 |
| **MES Case Number:** | 660616 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Yasmine Toomasi |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Mutual - Independent Evaluation 9/2/18
- Medical records fees 4/3/17
- Liberty Mutual letter to, Dr. Hassan Zakaria 4/3/17
- Clinical Encounter Summaries, Dr. Hassan Zakaria 3/30/17
- Office Visit, Dr. Hassan Zakaria 3/3/17
- Privacy Release 2/23/18
- Letter from Burke Harvey, Attorney License 8/13/18
- Office Visit, Dr. Hassan Zakaria 7/27/18
- Office Visit, Dr. Hassan Zakaria 5/2/18
- Office Visit, Dr. Hassan Zakaria 4/2/18
- Discharge Instructions for Spinal Injections 4/2/18
- CatchMyPain documented from 3/28/18 to 7/31/18
- Letter from Burke Harvey, Attorney License 8/14/18
- Progress Note, Melon Deleon, NP 9/8/17
- Office Visit Mark McKinley, PT, DPT 9/22/17
- Office Visit Mark McKinley, PT, DPT 9/29/17
- Office Visit Mark McKinley, PT, DPT 10/3/17
- Office Visit Mark McKinley, PT, DPT 10/5/17
- Office Visit Mark McKinley, PT, DPT 10/12/17
- Progress Note, Melon Deleon, NP 10/20/17
- Progress Note, Mark McKinley, PT, DPT 12/11/17
- MRI Report 7/24/17
- Office Visit, John Kuta MD 10/30/17
- Liberty Mutual letter to, Mr. Richard Radcliffe 2/15/18
- Liberty Mutual, claimant information form, 1/3/18
- Liberty Mutual, Activities questionnaire, 1/3/18
- Liberty Mutual letter to, Dr. Rick Placide 1/17/18
- Liberty Mutual letter to, Dr. Hassan Zakaria 1/17/18
- Clinical Encounter Summaries, Dr. Hassan Zakaria 1/15/18
- Consent to Procedure Administration of Medications and Rendering and Other Medical Services, 1/15/18
- Office Visit, Dr. Hassan Zakaria 1/2/18
- Nerve Conduction & EMG Report, 1/2/18
- Office Visit, Dr. Hassan Zakaria 12/19/17
- Office Visit, Dr. Hassan Zakaria 6/9/17
- Consent to Procedure Administration of Medications and Rendering and Other Medical

Services, 6/9/17
- Office Visit, Dr. Hassan Zakaria 5/18/17
- Office Visit, Dr. Hassan Zakaria 5/1/17
- Consent to Procedure Administration of Medications and Rendering and Other Medical Services, 5/1/17
- Clinical Encounter Summaries, Dr. Hassan Zakaria 4/25/17
- Office Visit, Dr. Hassan Zakaria 4/25/17
- Office Visit, Dr. Hassan Zakaria 4/14/17
- Consent to Procedure Administration of Medications and Rendering and Other Medical Services, 3/3/17
- Nerve Conduction & EMG Report,, Dr. Hassan Zakaria 2/21/17
- Office Visit, Dr. Hassan Zakaria 2/21/17
- MRI Report William J Pommersheim MD, 2/14/17
- Liberty Mutual, Restrictions Form, 2/6/18
- Office Visit, Dr. Hassan Zakaria 1/15/18
- Consent to Procedure Administration of Medications and Rendering and Other Medical Services, 1/15/18
- Office Visit, Dr. Hassan Zakaria 12/19/17
- Office Visit, Dr. Hassan Zakaria 6/9/17
- Discharge Instructions for Spinal Injections 6/9/17
- Consent to Procedure Administration of Medications and Rendering and Other Medical Services, 6/9/17
- Office Visit, Dr. Hassan Zakaria 5/18/17
- Office Visit, Dr. Hassan Zakaria 5/1/17
- Consent to Procedure Administration of Medications and Rendering and Other Medical Services, 5/1/17
- Discharge Instructions for Spinal Injections 5/1/17
- Liberty Mutual letter to, Dr. Hassan Zakaria 4/25/17
- Office Visit, Dr. Hassan Zakaria 4/25/17
- Office Visit, Dr. Hassan Zakaria 4/14/17
- Consent to Procedure Administration of Medications and Rendering and Other Medical Services, 4/14/17

Dr. Hassan Zakaria:
Call 1: On 8/31, at 9:35 AM PDT, I called the office and reached the medical assistant's voicemail. I left a detailed message and my contact number. Call 2: On 9/4, at 8:50 AM PDT, I called the office and reached the medical assistant's voicemail. I left a detailed message and my contact number. Call 3: On 9/5, at 8:20 AM PDT, I called the office and reached the medical assistant's voicemail. I left a detailed message and my contact number.

**SUMMARY OF RECORDS:**
Opening Synopsis:
The claimant is a 45-year-old male who complained of low back pain radiating to the left lower extremity.

Review of Medical Records:
On 02/14/2017, the claimant had an MRI of the lumbar spine that showed lumbar degenerative disc disease with facet arthritis. Left posterior lateral disc herniation at L3-L4 with disc material extending into the foramina and purely along the posterior L3 body. This narrows the foramina and

abuts the descending and exiting left L3 nerve root.

On 03/03/2017, the claimant had a left L3 and L4 transforaminal epidural steroid injection.

On 03/30/2017, the claimant was evaluated by Dr. Nadeem Khan. The claimant reported low back pain and radiates to the left mid-gluteal region and had left foot burning pain. On examination, he had mild tenderness at the bilateral paramidline axial area at the lower lumbar level and lumbosacral junction and bilateral sacral sulcus. He had tenderness over the sacroiliac joint, bilaterally. He had pain with lumbar range of motion. He had diminished bilateral ankle reflex and bilateral knee reflex. He had a decreased sensation in stocking distribution on the left lower extremity. He was diagnosed with lumbar radiculopathy, and other intervertebral disc displacements of the lumbar region and spondylosis without myelopathy or radiculopathy, in the lumbosacral region. He had left L3 and L4 transforaminal epidural steroid injections and had a great relief for few weeks. He previously received a steroid injection to his knee which did not help. He was taking Aleve, gabapentin, and ibuprofen. He was recommended for repeat epidural injection before proceeding with facet blocks. If after a reasonable series of these injections, he was not improved to the level that is allowing him to return to work he will need a surgical referral.

On 06/09/2017, the claimant had left L3 selective nerve root block.

On 08/03/2017, the claimant was evaluated by Melissa Deleon, NP. The claimant was status post L3-L4 discectomy. He reported back pain but it was bearable for him. He also had some residual left leg spasms as expected. He stated that he only takes the oxycodone if he really needs it. The physical examination showed unremarkable findings. He was recommended for outpatient manual physical therapy for core stabilization. He was also recommended to perform light duty until he has completed therapy, however, the claimant could not work on light duty so he will just wait until he completes therapy to be re-evaluated for a work release.

On 09/22/2017, the claimant had a Physical Therapy Evaluation. The claimant presented with complaints of low back pain, weakness and stiffness status post an L3-L4 discectomy on 07/25/2017. On examination, he had limited range of motion in the lumbar spine. He had tenderness on incision and tenderness over the bilateral lumbar paraspinals at L2-S1. He had tightness in the bilateral lumbar paraspinals. He had a flattened back. He had decreased bilateral hip flexion. He was recommended for 2 visits per week for 8 weeks.

On 10/12/2017, the claimant had a follow-up visit to physical therapy. It was noted that the claimant was doing better with a pain rating of 4/10. He was progressing slowly.

On 10/20/2017, the claimant was seen by Melissa Deleon, NP. The claimant continues to have low back, bilateral leg and knee pain. He has been trying to be more active at home and helping out with chores and doing yard work in order to prepare to go back to work. He was doing home exercises. He works as a pest control technician and that requires him to wear a 50-pound backpack on his back, and to bend, stoop and crawl into spaces. The physical examination showed unremarkable findings. He was recommended for a new MRI of the lumbar spine. He was referred to Physical Medicine and Rehabilitation.

On 10/28/2017, the claimant had an MRI of the lumbar spine that showed multilevel degenerative disease. A surgical intervention was performed posteriorly at the L3-L4 with a significant improvement and removal of the left L3-L4 disc extrusion.

On 12/06/2017, the claimant was evaluated by Dr. Ricky Placide. It was noted that the claimant's

new MRI of the lumbar spine showed satisfactory decompression from the previous L3-L4 discectomy procedure. He has a variety of levels of some degenerative changes with some foraminal stenosis and other degenerative problems.

On 12/11/2017, the claimant was discharged from physical therapy. It was noted that the claimant's treating physicians recommended another procedure on his low back. He was making some progress with his low back in therapy and he was independent with a home exercise program. The therapist recommends a discharge from therapy due to it being over 30 days since the claimant was last seen. Goals were partially met.

On 12/19/2017, the claimant was evaluated by Dr. Hassan Zakaria. The claimant continued to have low back pain radiating to the left thigh and medial leg. On examination, there was mild tenderness at the bilateral paramidline axial area at the lower lumbar level and lumbosacral junction. There was tenderness over the bilateral sacroiliac joint. There was tenderness over the bilateral paraspinal region at the lower lumbar level. There was pain with lumbar range of motion. He had diminished bilateral ankle reflex. He had diminished left lower extremity. Facet loading was positive, bilaterally. He was diagnosed with spondylosis without myelopathy or radiculopathy in the lumbosacral region and chronic pain syndrome. His gabapentin was held due to ineffectiveness and causing an increase in weight. This was replaced with Lyrica. He continues to use ibuprofen and Aleve.

On 01/02/2018, the claimant was seen by Dr. Zakaria. It was noted that the claimant had an EMG/NCS (Electromyogram/Nerve Conduction Study) of the lower extremities and showed left peroneal neuropathy. Left tibial F-wave findings may represent a proximal sciatic/tibial nerve or nerve root lesion and no evidence of active denervation or ongoing radiculopathy. He was diagnosed with radiculopathy of the lumbosacral region, pain in the bilateral leg and deep peroneal neuropathy.

On 01/15/2018, the claimant had a bilateral L4-L5 and L5-S1 facet joint injection block.

On 02/06/2018, Dr. Zakaria opined that the claimant was able to perform a sedentary job on a full-time basis.

On 05/02/2018, the claimant was seen by Dr. Zakaria. The claimant had bilateral L4-L5 and L5-S1 facet joint block diagnostic/therapeutic on 01/15/2018. He also had bilateral S1 transforaminal steroid injection on 04/02/2018. The claimant continued to have low back pain radiating to left anteromedial thigh and medial leg (L4 dermatome). On examination, there was mild tenderness at the bilateral paramidline axial area at the lower lumbar level and lumbosacral junction. There was tenderness over the bilateral sacroiliac joint. There was tenderness over the bilateral paraspinal region at the lower lumbar level. There was pain with lumbar range of motion. He had diminished bilateral ankle reflex. He had diminished left lower extremity. Facet loading was positive, bilaterally. He was diagnosed with lumbosacral radiculitis, primary fibromyalgia syndrome, chronic pain syndrome and complex regional pain syndrome (CPRS) type 1. It was noted that his EMG findings showed late response findings that may be consistent with sciatic nerve as well as peroneal neuropathy likely due to his previous illness. His repeat epidural injection on 04/14/2017 provided relief or just about a week and the pain returned.

On 07/27/2018, the claimant had placement of a spinal cord stimulator trial.

Summary of Pertinent Information:
The claimant reported low back pain radiating to the left mid gluteal region and left leg with

numbness and burning pain in the left foot. His MRI showed lumbar degenerative disc disease with facet arthritis. Left posterior lateral disc herniation at L3-L4, this narrows the foramina and abuts the descending and exiting left L3 nerve root. He provided with epidural steroid injection and nerve root blocks which provided short term relief. On 07/25/2017, he underwent L3-L4 discectomy on 07/25/2017. However, he continued to have low back pain with left lower extremity symptoms.

**REVIEW QUESTION (S):**

**1. What diagnoses are supported by the medical evidence?**

The supported diagnoses by the medical evidence are lumbar radiculopathy, other intervertebral disc displacement of the lumbar region and spondylosis without myelopathy or radiculopathy in the lumbosacral region and deep peroneal neuropathy.

**2. Does the medical evidence support any diagnoses causing functional impairment from 04/29/2018 to the present? Please explain your medical rationale as to why or why not.**

Lumbar radiculopathy, other intervertebral disc displacement in the lumbar region and spondylosis without myelopathy or radiculopathy in the lumbosacral region and deep peroneal neuropathy are causing impairment from 04/29/2018 through the present.

The claimant reported low back pain and left lower extremity symptoms despite having an L3-L4 discectomy on 07/25/2017. His EMG showed left peroneal neuropathy, left tibial F-wave findings may represent a proximal sciatic/tibial nerve or nerve root lesion. He received facet joint injections and epidural steroid injections but with limited benefits. The physical examinations showed that there was tenderness over the lumbar spine region and bilateral sacroiliac joint, pain with range of motion of the lumbar spine, diminished bilateral ankle reflex, diminished left lower extremity and positive Facet loading test.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

The claimant does have functional impairment that translates into restrictions and limitations from 04/29/2018 through the present.

- The claimant is capable of sitting up to one hour at a time with a total of six hours in an eight hour day
- The claimant is capable of standing up to 30 minutes at a time for a total of two hours in an eight-hour day
- The claimant is capable of walking up to 30 minutes at a time for a total of two hours in an eight-hour day
- There are no restrictions handling, fingering, grasping, pinching, gripping and use of hand controls
- There are no restrictions reaching at desk level and reaching overhead above the shoulders
- The claimant is capable of occasional reaching below the waist level
- The claimant is capable of occasional carrying/lifting and pushing/pulling up to 10 pounds of weight
- The claimant is capable of occasional stair climbing and use of foot controls

- The claimant is not capable of kneeling, squatting, crawling, crouching, bending, stooping and twisting
- The claimant is not capable of climbing ladders and/or performing task/activities working at unprotected heights

The claimant reported persistent low back pain and left lower extremity pain despite physical therapy and lumbar injections. Physical examinations showed tenderness over the lumbar spine region and bilateral sacroiliac joint, pain with range of motion of the lumbar spine, diminished bilateral ankle reflex, diminished left lower extremity and a positive Facet loading test. Due to his persistent pain, he had placement of a spinal cord stimulator trial on 07/27/2018.

The duration of the outlined restrictions and limitations is three months from the date of this report. The claimant has ongoing treatment, including a trial of a spinal cord stimulator. A re-evaluation is advised to determine the continued necessity of the supported restrictions/limitations.

**4. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

The claimant is able to perform full duty with the above-outlined restrictions and limitations from 04/29/2018 through the present.

The claimant reported some improvement in physical therapy with no instability, no gait problems and no deficit in range of motion of the lumbar spine. He was not a candidate for any further surgery. Hence, I believe that he is capable of performing full-time duty but with restrictions and limitations secondary to ongoing pain.

**5. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

The treatment plan is medically reasonable and consistent with the current standard of care.

**Conflict of Interest Attestation:**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Behzad Emad, M.D.
Board Certified in Physical Medicine and Rehabilitation
Sub Specialty Certificate in Pain Medicine
CA License #55727
9/6/2018