FILED
2018 Oct-30 PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT

# "U"

CVS.com Home () Hi, Richard! Sign Out () My Account () Store Locator Español

# Pharmacy ()

Search

My Prescriptions () Pharmacy Settings () Health Resources ()

## Your Current Prescriptions

### 15 prescriptions for Richard

| DRUG NAME | PRESCRIBED BY | REFILLS | LAST FILLED |
|---|---|---|---|
| DICLOFENAC SOD EC 75 MG TAB | HASSAN ZAKARIA | 1 | 07/30/2018 |
| LEVOFLOXACIN 500 MG TABLET | HASSAN ZAKARIA | 0 | 07/20/2018 |
| BUSPIRONE HCL 10 MG TABLET | GEORGE PROFFITT | 5 | 07/12/2018 |
| DULOXETINE HCL DR 30 MG CAP | HASSAN ZAKARIA | 0 | 07/12/2018 |
| OMEPRAZOLE DR 40 MG CAPSULE | GEORGE PROFFITT | 5 | 07/12/2018 |
| DULOXETINE HCL DR 30 MG CAP | HASSAN ZAKARIA | 1 | 07/09/2018 |
| BUSPIRONE HCL 10 MG TABLET | GEORGE PROFFITT | 0 | 07/08/2018 |
| OMEPRAZOLE DR 40 MG CAPSULE | GEORGE PROFFITT | 0 | 07/08/2018 |
| BUSPIRONE HCL 10 MG TABLET | GEORGE PROFFITT | 0 | 06/11/2018 |
| OMEPRAZOLE DR 40 MG CAPSULE | GEORGE PROFFITT | 0 | 06/11/2018 |