FILED
2018 Dec-03 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD RADCLIFFE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Case Number:** |
| | * | **2:18-cv-01797-JHE** |
| **v.** | * | |
| | * | **UNOPPOSED** |
| | * | |
| **LIBERTY LIFE ASSURANCE** | * | |
| **COMPANY OF BOSTON,** | * | |
| | * | |
| **Defendant** | * | |

**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

1. Liberty Life seeks this extension in order to locate and assemble documents relating to Plaintiff's claim. Liberty Life's counsel will also need additional time to review Liberty Life's documents and respond to the allegations in the Complaint in a meaningful manner.

2. Plaintiff's counsel is unopposed to a 14-day extension for Liberty Life to file a response to Plaintiff's Complaint.

3. This Motion is made in good faith and not for the purpose of delay. No party will be prejudiced by the extension.

4. The time to respond to the Complaint has not expired. The current deadline is on or about December 4, 2018.

WHEREFORE, Defendant, Liberty LIfe, by counsel, hereby requests that the Court enter an Order (1) granting the Unopposed Motion for Extension of Time; (2) providing Liberty LIfe with an extension of time to file its responsive pleadings to the Complaint until on or before December 18, 2018; and (3) awarding Liberty Life such further relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Matthew W. Robinett*

**MATTHEW W. ROBINETT**
ASB-3523-I72M
**ATTORNEY FOR DEFENDANT LIBERTY LIFE**
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
mrobinett@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant to the following:

J. Peter Burke, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243

s/ Matthew W. Robinett
Of Counsel