FILED
2018 Dec-03 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD RADCLIFFE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Case Number:** |
| | * | **2:18-cv-01797-JHE** |
| **v.** | * | |
| | * | |
| **LIBERTY LIFE ASSURANCE** | * | |
| **COMPANY OF BOSTON,** | * | |
| | * | |
| **Defendant** | * | |

**<u>DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Liberty Life Assurance Company of Boston ("Liberty Life") in the above-captioned action certifies that the general nature and purpose of Liberty Life is as follows:

> Liberty Life is a New Hampshire Corporation engaged in the business of providing group and individual life and group disability insurance products, and of annuities and structured settlement annuities.

Liberty Life Assurance Company of Boston is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company.

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted,

s/ *Matthew W. Robinett*
MATTHEW W. ROBINETT
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant to the following:

J. Peter Burke, Esq.
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243

s/ Matthew W. Robinett
Of Counsel