FILED
2018 Dec-17 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

| | | |
|---|---|---|
| Richard Radcliffe,<br>Plaintiff<br>v.<br><br>Liberty Life Assurance Company of Boston,<br>Defendant | }<br>}<br>}<br>}<br>}<br>} | Case Number: 2:18-cv-01797-JHE |

**NOTICE OF REASSIGNMENT**

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Abdul K. Kallon. Please use case number 2:18-cv-01592-AKK for all subsequent pleadings.

DATED: December 17, 2018

SHARON N. HARRIS, CLERK

By:__Andrea Southern___________
Deputy Clerk

SNH: afs

xc: Judges
Counsel