FILED
2018 Dec-19 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD RADCLIFFE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| **vs.** | ) | **2:18-cv-1797-AKK** |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING PRETRIAL CONFERENCE AND TRIAL

This case is set for a pretrial conference on June 4, 2020 at 1:30 p.m. and for a non-jury trial on July 20, 2020 at 9:00 a.m. in Birmingham, Alabama, at the Hugo L. Black, U. S. Federal Courthouse.

It is further **ORDERED** that the parties submit a report of parties' planning meeting as required by Federal Rule of Civil Procedure 26(f) in accordance with this trial date by **February 19, 2019**. Said report shall be in the format shown in the scheduling order on the web page of the undersigned.

**DONE** the 19th day of December, 2018.

Abdul Kallon

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE