FILED
2019 May-16 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD RADCLIFFE,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action Number<br>**2:18-cv-01797-AKK** |

**ORDER**

Consistent with the parties' Joint Stipulation of Dismissal with Prejudice, doc. 19, this case is **DISMISSED WITH PREJUDICE**. Each party to bear its own costs. The Clerk is **DIRECTED** to close this file.

**DONE** the 16th day of May, 2019.

Abdul Kallon

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE